**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gateway Wireless LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2578062** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **694 Walton Drive**<br>**Farmington, MO 63640** | **138 Junction Drive**<br>**Glen Carbon, IL 62034** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Francois** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Gateway Wireless LLC**                                          Case number (*if known*) _____
_____
Name

---

**7.** **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Gateway Wireless LLC**                                        Case number (if known)
_____
Name

**11. Why is the case filed in this district?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Gateway Wireless LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 12, 2018**
MM / DD / YYYY

**X** **/s/ Ryan F Walker**                          **Ryan F Walker**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Spencer P. Desai**                    Date **October 12, 2018**
Signature of attorney for debtor                    MM / DD / YYYY

**Spencer P. Desai 6210319**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone    **314-854-8600**    Email address    **spd@carmodymacdonald.com**

**6210319 IL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gateway Wireless LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accel Capital LLC 65 West 36th Street 12th Floor New York, NY 10018** | | **business assets** | **Unliquidated Disputed** | **$532,278.00** | **$0.00** | **$532,278.00** |
| **American Express PO Box 297879 Tampa, FL 33631** | | **credit card** | **Unliquidated** | | | **$368,511.00** |
| **Arcarius LLC 2125 Center Ave. Fort Lee, NJ 07024** | | **business assets** | **Unliquidated Disputed** | **$242,145.26** | **$0.00** | **$242,145.26** |
| **Argus Capital Funding, LLC 104 E. 25th Street 17th Floor New York, NY 10010** | | **business assets** | **Unliquidated Disputed** | **$242,145.26** | **$0.00** | **$242,145.26** |
| **Capital Merchant Services LLC 116 Nassau Street 8th Floor New York, NY 10038** | | **business assets** | **Unliquidated Disputed** | **$712,025.00** | **$0.00** | **$712,025.00** |
| **Capital One PO Box 60024 New Orleans, LA 70160** | | **credit card** | **Unliquidated** | | | **$154,670.00** |
| **Chase P.O. Box 15298 Wilmington, DE 19850** | | **credit card** | **Unliquidated** | | | **$395,412.00** |
| **Credibility Capital 625 Broad Street Newark, NJ 07102** | | **business assets** | **Unliquidated Disputed** | **$250,000.00** | **$0.00** | **$250,000.00** |
| **First State Community Bank 1 Black Knight Drive Farmington, MO 63640** | | **business assets** | **Unliquidated Disputed** | **$1,159,000.00** | **$0.00** | **$1,159,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Gateway Wireless LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fundation**<br>**11501 Sunset Hills**<br>**Rd**<br>**Suite 100**<br>**Reston, VA 20190** | | **business assets** | **Unliquidated**<br>**Disputed** | **$212,782.00** | **$0.00** | **$212,782.00** |
| **Funding Circle**<br>**747 Front Street, 4th**<br>**Floor**<br>**San Francisco, CA**<br>**94111** | | **business assets** | **Unliquidated**<br>**Disputed** | **$331,131.00** | **$0.00** | **$331,131.00** |
| **Green Capital**<br>**Funding LLC**<br>**116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10038** | | **business assets** | **Unliquidated**<br>**Disputed** | **$404,730.00** | **$0.00** | **$404,730.00** |
| **GTR Source LLC**<br>**c/o Issac Greenfield**<br>**333 Pearsall Ave.**<br>**Suite 110**<br>**Cedarhurst, NY**<br>**11516** | | **business assets** | **Unliquidated**<br>**Disputed** | **$1,290,628.84** | **$0.00** | **$1,290,628.84** |
| **Influx Capital LLC**<br>**32 Court Street**<br>**Suite 205**<br>**Brooklyn, NY 11201** | | **business assets** | **Unliquidated**<br>**Disputed** | **$350,254.00** | **$0.00** | **$350,254.00** |
| **Ingram Micro**<br>**Mobility**<br>**3351 Michelson**<br>**Drive**<br>**Suite 100**<br>**Irvine, CA 92612** | | **telecommunicatio**<br>**n equipment**<br>**financing** | **Unliquidated** | | | **$1,000,000.00** |
| **Libertas Funding**<br>**LLC**<br>**382 Greenwich Ave**<br>**Suite 2 Second**<br>**Floor**<br>**Greenwich, CT**<br>**06830** | | **business assets** | **Unliquidated**<br>**Disputed** | **$549,372.00** | **$0.00** | **$549,372.00** |
| **Prime Business**<br>**2371 McDonald Ave**<br>**Brooklyn, NY 11223** | | **accounts** | **Unliquidated**<br>**Disputed** | **$284,809.00** | **$0.00** | **$284,809.00** |
| **Queen Funding LLC**<br>**2221 NE 164 Street**<br>**Suite 1144**<br>**North Miami Beach,**<br>**FL 33160** | | **business assets** | **Unliquidated**<br>**Disputed** | **$335,000.00** | **$0.00** | **$335,000.00** |
| **Saturn Funding LLC**<br>**333 7th Ave**<br>**New York, NY 10001** | | **business assets** | **Unliquidated**<br>**Disputed** | **$284,200.00** | **$0.00** | **$284,200.00** |
| **Wells Fargo Bank**<br>**420 Montgomery St**<br>**San Francisco, CA**<br>**94163** | | **credit card** | **Unliquidated** | | | **$182,368.68** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Gateway Wireless LLC**
Name

Case number *(if known)*

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Gateway Wireless LLC** _____   Case No. _____

                                           Debtor(s)           Chapter   **11** _____

### VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:   **October 12, 2018** _____      **/s/ Ryan F Walker** _____

                                                         **Ryan F Walker/President**
                                                         Signer/Title

Nameoki Shopping Center, L.P.
1045 South Woods Mill Rd, Ste 1
Chesterfield, MO 63017


10 Quivira Plaza 14A, LLC
1801 W. Olympic Blvd.
Pasadena, CA 91199


308 Mid Rivers, LLC
400 N LINDBERGH LLC
10403 BAUR BLVD SUITE A
Saint Louis, MO 63132-1000


Accel Capital LLC
65 West 36th Street
12th Floor
New York, NY 10018


Accrete LLC
1803 E. Broadway Ave.
Bismarck, ND 58501


Alliant Energy
P.O. Box 3060
Cedar Rapids, IA 52406-3060


Alliant Utilities
200 1st St. Suite 1901
Cedar Rapids, IA 52401


ALP Utilities
316 Fillmore St.
Alexandria, MN 56308


Alpha Communications
1500 Lakes Parkway
Lawrenceville, GA 30043


Ameren Illinois
PO Box 88034
Chicago, IL 60680-1034


Ameren Missouri
P.O. Box 66301
Saint Louis, MO 63166-6301

Ameren Missouri
PO Box 66529
Saint Louis, MO 63166

Ameren UE
PO Box 66529
Saint Louis, MO 63166

Ameren UE
P.O. Box 66529
Saint Louis, MO 63166

AmerenUE
P.O. Box 66529
Saint Louis, MO 63166

American Express
PO Box 297879
Tampa, FL 33631

American PDR, INC
15635 County Road 228
Campbell, MO 63933

American United Development LLC
c/o American Realty & Development L
PO Box 39
Belle, MO 65014

Arcarius LLC
2125 Center Ave.
Fort Lee, NJ 07024

Argus Capital Funding, LLC
104 E. 25th Street
17th Floor
New York, NY 10010

Arkansas Valley Electric Cooperativ
5600 N. Highway 59
P.O. Box 6967
Van Buren, AR 72956

AT&T
P.O. Box 5001
Carol Stream, IL 60197


Atmos Energy
PO Box 790311
Saint Louis, MO 63179


Bechtold Properties LLC
Robert J Bechtold, Jr.
6401 W. Hwy 40
Columbia, MO 65202


Belgrade State Bank
306 N. Missouri Street
PO Box 190
Potosi, MO 63664


Black Hills Energy
PO Box 1400
Rapid City, SD 57709


Bluevine Capital, Inc
401 Warren Street
Suite 300
Redwood City, CA 94063


Brentwood Development, LLC
Attn: Jeffrey M. Terry
618 N. Maguire St.
Warrensburg, MO 64093


Bud Goeke
2629 SE 20th Ave.
Cape Coral, FL 33904


Burrito Real Estate, LLC
4127 S. Kansas Expressway Suite 100
Springfield, MO 65807


C/W Properties, LLC
c/o Jerry Carew
2411 2nd St. Unit 1
Coralville, IA 52241

Cable America
11422 Schenk Drive
Maryland Heights, MO 63043

Capital Mall JC1, LLC
PO Box 1663
Jefferson City, MO 65102

Capital Merchant Services LLC
116 Nassau Street
8th Floor
New York, NY 10038

Capital One
PO Box 60024
New Orleans, LA 70160

Cass County Electric Coop
4100 32nd Ave. S
Fargo, ND 58104

CCVB LLC
Attn. LaDonna Frost
1430 S. 28th St.
Van Buren, AR 72956

Cell Helmet
207 Overlook Dr
Sewickley, PA 15143

Center Point Energy
505 Nicollet Mall
PO Box 59038

Century Link
PO BOX 4300
Carol Stream, IL 60197

Charter Communications
PO Box 790086
Saint Louis, MO 63179-0086

Chase
P.O. Box 15298
Wilmington, DE 19850

Chillicothe Municipal Utilities
920 Washington St.
P.O. Box 140
Chillicothe, MO 64601


CitiCentre Station LLC
PO Box 645414
Pittsburgh, PA 15264


Citizens Electric Corporation
P.O. Box 368
Perryville, MO 63775


City Light Gas and Water
P.O. Box 40
Kennett, MO 63857


City of Belton - Utility Billing
506 Main Street
Belton, MO 64012


City of Bentonville Utility Service
117 W. Central Ave.
Bentonville, AR 72712


City of Carbondale Water & Sewer
2401 S. McLafferty Road
Carbondale, IL 62901


City of Desoto-Water Department
17 Boyd St.
De Soto, MO 63020-1747


City of Detroit Lakes Utilities
1025 Roosevelt Ave.
Detroit Lakes, MN 56501


City of Fulton Missouri
Utilities Billing
18 East 4th Street
Fulton, MO 65251


City of Grinnell Utility Billing
520 4th Avenue
Grinnell, IA 50112

City of Harrisonville
Utilities
2108 Royal St.
Harrisonville, MO 64701


City of Kennett
PO Box 189
Kennett, MO 63857


City of Kennett - Water
PO Box 189
Kennett, MO 63857


City of Ottawa
Utility Billing
101 South Hickory
Ottawa, KS 66067


City of Paola - Water
19 E. Peoria
Paola, KS 66071


City of Perryville
215 N. West St.
Perryville, MO 63775


City of Perryville - Water
215 N. West St.
Perryville, MO 63775


City of Poplar Bluff
Municipal Utilities
2901 Barron Rd.
Poplar Bluff, MO 63901


City of St. Robert
Utility - Electric
194 Eastlawn Avenue
Suite A
Saint Robert, MO 65584


City of St. Robert
Utility - Water
194 Eastlawn Avenue
Suite A
Saint Robert, MO 65584

City of Vermillion Utilities
25 Center Street
Vermillion, SD 57069


City Utilites of Springfield
P.O. Box 551
Springfield, MO 65801-0551


Clarksville Light and Water
400 W. Main Street
P.O. Box 1807
Clarksville, AR 72830


Columbia Centre Marketplace, Inc
PO Box 140
Columbia, IL 62236


Comcast
18701 East 39th St. Suite B
Independence, MO 64057


Coppage Realty Company
PO Box 70
Braggadocio, MO 63826


Cox Communications
637 East Joyce Blvd. Suite 103
Fayetteville, AR 72703


Credibility Capital
625 Broad Street
Newark, NJ 07102


Crookston Development Group LLC
3027 Autumn Leaves Circle
Green Bay, WI 54313


Crookston Water Department
124 N. Broadway
Crookston, MN 56716


Crystal City Properties, LLC
17195 New College Ave
Wildwood, MO 63040

Crystal City Water Dept.
130 Mississippi Ave.
Crystal City, MO 63019


Cuivre River Electric
8757 Highway N
Lake Saint Louis, MO 63367


D&C Properties
PO Box 111
Clarksville, AR 72830


Daralee LLC
542 462nd Ave.
Grinnell, IA 50112


Debco Management
2900 S. Fremont, Suite A
Springfield, MO 65804


Drury Development
Mr. & Mrs. CLD Family Trust
Attention: Jacqueline Pollvogt
721 Emerson Road, Suite 200
Saint Louis, MO 63141


EasTen Retail LLC
3336 Humboltdt Ave. S
Minneapolis, MN 55408


EDH Properties
c/o Metro Equity Management LLC
7920 Lakeville Blvd., Box 967
Lakeville, MN 55044


Entergy Arkansas, Inc.
P.O. Box 8101
Baton Rouge, LA 70891-8101


Euless Glade Partners LLC
1950 S. West St.
Wichita, KS 67213

Excel Energy
PO Box 9477
Minneapolis, MN 55484


Farmington City Light & Water
110 West Columbia St.
Farmington, MO 63640


First State Community Bank
1 Black Knight Drive
Farmington, MO 63640


Frontier Communications
PO Box 740407
Cincinnati, OH 45274


Frontier Plaza
Attn. Tim Wadley
211 North Broadway, Suite 2075
Saint Louis, MO 63102


Fundation
11501 Sunset Hills Rd
Suite 100
Reston, VA 20190


Funding Circle
747 Front Street, 4th Floor
San Francisco, CA 94111


Futiva
600 Halfway Road, Suite 104
Marion, IL 62959


Good Neighbors 2 LLC
1210 Broadway Suite 400
Alexandria, MN 56308


Google Fiber
8615 NW Prairie View Road
Kansas City, MO 64153

Gravois Bluffs North 5-B1, LLC
c/o G. J. Grewe, Inc.
639 Gravois Bluffs, Blvd., Suite D
Fenton, MO 63026


Green Capital Funding LLC
116 Nassau Street
Suite 804
New York, NY 10038


Green Hills Communications
7926 NE State Route M
Breckenridge, MO 64625


Green Mount Crossing, LLC
PO Box 419121
Saint Louis, MO 63141


GTR Source LLC
c/o Issac Greenfield
333 Pearsall Ave.
Suite 110
Cedarhurst, NY 11516


Guffey Rental Properties, LLC
c/o American Realty and Development
PO Box 39
Belle, MO 65013


Guffey Rental Properties, LLC
c/o American Realty & Development L
709 HWY 28 W
PO Box 39
Belle, MO 65013


Hamilton Enterprises East, LLC
PO Box 1706
Williston, ND 58802


Harp's Food Stores, Inc.
Attn. J. Max Van Hoosen
P.O. Box 48
918 S. Gutensohn
Springdale, AR 72762

Harrisburg Water Department
110 E. Locust St.
Harrisburg, IL 62946


Heinrich J Aberle
4589 Regalo Bello St
Las Vegas, NV 89135


Home Rentals Corporation
206 West College St. Suite 11
Carbondale, IL 62901


Hunter Assets LLC
412 Willow Creek Drive
Farmington, MO 63640


Huron Utility Billing Department
239 Wisconsin Ave. SW
Huron, SD 57350


Hypercore
2024 W. 15th Street
Plano, TX 75075


IL CARRICOTHREE, LLC
Attn: Steven Carrico
Re: Parkway Plaza
10929 Page Ave.
Saint Louis, MO 63132


Illinois American Water
800 N. Front St.
East Saint Louis, IL 62201


Independence Utilities
17221 E. 23rd St. S.
Independence, MO 64057


Influx Capital LLC
32 Court Street
Suite 205
Brooklyn, NY 11201

Ingram Micro Mobility
3351 Michelson Drive
Suite 100
Irvine, CA 92612


Inland Commercial Real Estate Servi
Bldg # 75027
62903 Collections Center Drive
Chicago, IL 60693-0325


J. Larry Fugate, Trustee
Attn: Property Manager
208 South Maize Rd
Wichita, KS 67209


Jeff Crockett Trust
PO Box 1093
Harrison, AR 72602


Joe Lieberman
815 Central Avenue
Lawrence, NY 11559


Jon A. Moake
3863 Osage Beach Parkway
Osage Beach, MO 65065


JPMCC 2006 ldp7 Centro Enfield LLC1
PO Box 953406
Saint Louis, MO 63195-3406


Kabbage, Inc.
925 B. Peachtree Street N.E., Suite
Atlanta, GA 30309


Kandi Plaza
1415 1st Street Ste. 3
Willmar, MN 56201


KBR Properties, LLC
4203 NE Bellagio Circle
Ankeny, IA 50021

KCPL
P. O. Box 219362
Kansas City, MO 64121-9330


KIR, LLC
c/o Van Buskirk Companies
2571 S. Westlake Dr. Suite 100
Sioux Falls, SD 57106


KPAC Registered, LLLP
Attn. Mark Pike
3811-D S. Campbell
Springfield, MO 65807


Laclede Gas
Drawer 2
Saint Louis, MO 63166


Libertas Funding LLC
382 Greenwich Ave
Suite 2 Second Floor
Greenwich, CT 06830


Liberty Utilities
P.O. box 650689
Dallas, TX 75265-0689


Liberty Utilities
613 N. Main Street
Harrisburg, IL 62946


LILA, INC
SHOPPES AT HAWK RIDGE, LLC
C/O MIDWEST RETAIL PROPERTIES
7777 BONHOMME AVENUE SUITE 1700
Saint Louis, MO 63105


Marie Sherman Management
PO BOX 143
Beaufort, MO 63013


Marion City Water Department
1102 Tower Square Plaza
Marion, IL 62959

Marketplace Vermillion LLC
PO Box 308
Williamsport, TN 38487

Marshall Municipal Utilities
75 East Morgan
Marshall, MO 65340

McVey Properties
1720 Kanell Blvd., Suite 1
Poplar Bluff, MO 63901

Mechelle Mercille
412 Willow Creek Drive
Farmington, MO 63640

Mediacom
1211 Wilkes Blvd.
Columbia, MO 65201

Michael M. Menser Properties LLC
Baker Team Properties
P3211 S Providence, Ste 111
Columbia, MO 65203

Michael Mercille
412 Willow Creek Drive
Farmington, MO 63640

Mid American Energy Company
P.O. Box 8020
Davenport, IA 52808-8020

MIdAmerican Energy Company
PO Box 8020
Davenport, IA 52808

Midwest Connections
402 E. Main Street
Chanute, KS 66720

Missouri American Water
P.O. Box 790247
Saint Louis, MO 63179-0247

Missouri American Water
P.O. Box 94551
Palatine, IL 60094


MOCARRICO, LLC
Attn: Steven Carrico
Re: Crossroads Plaza
10929 Page Ave.
Saint Louis, MO 63132


Monroe Arena LLC
PO Box 10647
Fayetteville, AR 72703


Montana-Dakota Utilities Co.
PO Box 5600
Bismarck, ND 58506


Moorehead City Public Services
500 Center Ave.
Moorhead, MN 56560


Morris Loan and Investment Company
3078 S. Delaware
Springfield, MO 65804


MRP Desloge, LLC
c/o Midwest Retail Properties, LLC
7777 Bonhomme Ave Ste 1700
Saint Louis, MO 63105


MRP Harrisburg, LLC
c/o Midwest Retail Properties, LLC
7777 Bonhomme Ave. Suite 1700
Saint Louis, MO 63105


Municipal Utilities
2901 Barron Rd.
Poplar Bluff, MO 63901


Neosho Investments, LLC
16 Clubhouse Dr
Rogers, AR 72750

New Venture LLC
PO Box 24001
Overland Park, KS 66283


Newton Waterworks
101 West 4th St. S.
Newton, IA 50208


NewWave Communications
30000 N. Westwood Blvd.
Poplar Bluff, MO 63901


Northeast Public Sewer District
1041 Gravois Rd.
Fenton, MO 63026


NorthWestern Energy
11 E. Park St.
Butte, MT 59701-1711


Novus Crestwood, LLC
c/o Novus Development
20 Allen Avenue Suite 400
Saint Louis, MO 63119


Old Town Center LLC
Tillman Redevelopment, LLC
PO Box 550
Strafford, MO 65757


On Deck Capital, Inc.
1400 Broadway, 25th Floor
New York, NY 10018


Oskaloosa Municipal Water Departmen
1208 S. 7th St.
Oskaloosa, IA 52577


Otter Tail Power Company
P.O. Box 2002
11087926, MN 56538-2002

Owatpmma Public Utilities
208 Walnut Ave.
P.O. Box 800
Owatonna, MN 55060


Ozark Centre, LLC
c/o R.B. Murray Company
2255 S Blackman Rd
Springfield, MO 65809


Ozark Water System
206 N. 1st Street
Ozark, MO 65721


P&C Kolb Children's Trust, LLC
c/o Kolb Properties
PO Box 6850
Jefferson City, MO 65102


Pace- Washington Associates, LLC
c/o Pace Properties, Inc.
1401 South Brentwood Boulevard
Suite 900
Saint Louis, MO 63144


Park Avenue Recovery LLC
104 East 25th Street
10th Floor
New York, NY 10010


Parkcade Center
601 Business Loop 70
Columbia, MO 65203


Patterson Harrisville LLC
22119 S. State Rte. 291
Harrisonville, MO 64701


Prairie View Properties LLP
P.O. Box 113
Mandan, ND 58554


Pratt Development
PO Box 1722
Sikeston, MO 63801

Prime Business
2371 McDonald Ave
Brooklyn, NY 11223


Principle Solutions LLC
507 Log Cabin Road
Farmington, MO 63640


Pure Country Branson, LLC
1531 E. Bradford Parkway Unit 225
Springfield, MO 65804


Queen Funding LLC
2221 NE 164 Street
Suite 1144
North Miami Beach, FL 33160


R. L.  Jones Properties
RLJ Services, LLC
17195 New College Ave
Wildwood, MO 63040


R. L. Jones Properties
Francois Fields, LLC
17195 New College Ave
Wildwood, MO 63040


Rafter C Expo Ctr, LLC
426 Washington St.
Chillicothe, MO 64601


RAGA Properties, LLC
Attn: Rita Baron
1855 S. Ingram Mill Rd
Springfield, MO 65804


Republic Services
15250 Old Bloomfield Road
Dexter, MO 63841


RFW Developments, LLC
507 Log Cabin Road
Farmington, MO 63640

Rhett A. Frimet PC
10 East 40th Street
46th Floor
New York, NY 10016


Richard & Kathleen Arthur
4946 S. Buckingham Lane
Springfield, MO 65810


Robert Hopmann
1200 E. Joyce Blvd.
Fayetteville, AR 72703


Rolla Municipal Utilities
P.O. box 767
Rolla, MO 65402


Rottinghaus R.E. SSW, LLC
Attn: Pete Hansen
P.O. Box 356
Onalaska, WI 54650


Rounders, LLC
PO Box 179173
Saint Louis, MO 63117-9173


Ryan Walker
507 Log Cabin Road
Farmington, MO 63640


S&W Construction Services LLC
507 Log Cabin Road
Farmington, MO 63640


Saturn Funding LLC
333 7th Ave
New York, NY 10001


Security Equipment Supply
3435 Rider Trail
Earth City, MO 63045

SFP Pool Six LLC
17800 Laurel Park Drive North
Suite 200C
Livonia, MI 48152


SFP Pool THree Shopping Centers LP
c/o Schostak Brothers and Company
PO Box 856921
Minneapolis, MN 55485


Sierra TEl
5151 Bullion Street
PO Box 219
Oakhurst, CA 93644


Sierra Wireless
2738 Loker Ave West, Suite A
Carlsbad, CA 92010


Sikeston BMU
107 E. Malone
P.O. Box 370
Sikeston, MO 63801


Socket
2703 Clark Lane
Columbia, MO 65202


South County Shoppingtown, LLC
CBL #0806
P.O. Box 955607
Saint Louis, MO 63195-5607


Southern Hills Center, LTD
1307 Southern Hills
West Plains, MO 65775


Southerwestern Electric Power
P.O. Box 371496
Pittsburgh, PA 15250-7496


Southwestern Electric Power Co
P.O. Box 371496
Pittsburgh, PA 15250

Spencer Municipal Utilities
520 2nd Avenue East, Suite 1
Spencer, IA 51301


Spire
Drawer 2
Saint Louis, MO 63171


St. Charles Partnership, LP
c/o Hoffman Development Co.
727 Craig Rd  Suite 100
Saint Louis, MO 63141


Stearns Bank, N.A.
7555 Dr. MLK Jr. Street North
Saint Petersburg, FL 33702


Storm Lake Development Group LLC
Attn. Rick Johnson
3027 Autumn Leaves Circle
Green Bay, WI 54313


Storm Lake Water Billing Dept.
620 Erie Street
P.O. Box 1086
Storm Lake, IA 50588


Suddenlink
P.O. Box 660365
Dallas, TX 75266-0365


Sullivan Municiple Utilites
Utility Billing Clerk
210 W. Washington
Sullivan, MO 63080


Summit Utilities
7810 Shaffer Pkwy. Suite 120
Littleton, CO 80127


Tenholder Properties, Inc
989 Stone Spring Drive
Eureka, MO 63025

THF Eureka Development, L.P.
c/o TKG Management, Inc.
211 N. Stadium, Suite 201
Columbia, MO 65203


THF Glen Carbon Development, LLC
c/o THF Management, Inc
211 N. Stadium, Suite 201
Columbia, MO 65203


THF Grindstone Plaza Development LL
c/o TKG Management Inc
211 North Stadium  Suite 201
Columbia, MO 65203


THF Maplewood Shops Development, LL
c/o TKG Management Inc
211 N. Stadium Suite 201
Columbia, MO 65203


THF Wentzville Development LLC
211 N. Stadium Suite 201
Columbia, MO 65203


THF-S High Ridge Development, L.L.C
c/o TKG Management, Inc.
211 North Stadium Boulevard, Suite
Columbia, MO 65203


Thomas Enterprises
Clayton Towers 690, LLC
P.O. Box 202
Waynesville, MO 65583


TImber Huron Properties
c/o Timber Development Group
1060 W. State Rd. 434 Ste. 156
Longwood, FL 32750


Times Square LLP
PO Box 10541
Fargo, ND 58106


TKG Warren County, LLC
211 North Stadium Suite 201
Columbia, MO 65203

University Mall Realty, LLC
c/o Namdar Realty Group
P.O. Box 368
Emerson, NJ 07630


US Bank
P.O. Box 6333
Fargo, ND 58125


USR Desco Richardson CrossUSing LLC
25 North Brentwood Blvd.
Saint Louis, MO 63105


Utility Customer Service
P.O. Box 1676
Columbia, MO 65205


Vadim Serebro
55 Broadway
3rd Floor
New York, NY 10006


Vast Broadband
5100 S. Broadband Lane
Sioux Falls, SD 57108


Verizon Business
PO Box 371873
Pittsburgh, PA 15250-7873


Warren Davis Properties
1540 W. Battlefield
Springfield, MO 65807


Waste Management
7320 Hall Street
Saint Louis, MO 63147


WBCMT 2007-C33 INDEPENDENCE CENTER,
P.O. Box 29256
Network Place
Chicago, IL 60673

Wells Fargo Bank
420 Montgomery St
San Francisco, CA 94163


West Plains City Utilities
1910 Holiday Lane
West Plains, MO 65775


Westar Energy
P.O. Box 758500
Topeka, KS 66675-8500


WG Fund LLC
1980 Swarthmore Ave.
Lakewood, NJ 08701


Willco Property Management
P.O. Box 55
Dexter, MO 63841


Willmar Municipal Utilities
700 Litchfield Ave. SW
Willmar, MN 56201


Windstream Communications
108 N. 4th Street
Montezuma, IA 50171


Wiss & Kolb LLC
c/o Kolb Properties
P.O. Box 6850
Jefferson City, MO 65102


WMZ Properties
900 S. Grand Ave.
Spencer, IA 51301


Y Belton, LLC
7387 W. 162nd St. Suite 200
Stilwell, KS 66085


Zumbehl Corporation
7 Country Oak Dr.
O Fallon, MO 63366