**Fill in this information to identify the case:**

Debtor name    **Gateway Wireless LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    **18-31491**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................  $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................  $      **4,766,027.61**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................  $      **4,766,027.61**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $      **12,510,505.36**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $      **469,504.80**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$      **3,522,424.41**

4.   Total liabilities .........................................................................................
Lines 2 + 3a + 3b  $      **16,502,434.57**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Gateway Wireless LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    **18-31491**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$128,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank Account - operating account** negative balance of $7,386.66 | **checking account** | **2505** | **$0.00** |
| 3.2. | **Unico Bank** | **checking account** | **2194** | **$344,989.55** |
| 3.3. | **American Federal** | **checking** | **2010** | **$266.22** |
| 3.4. | **Bank Midwest** | **checking account** | **6699** | **$1,110.23** |
| 3.5. | **Commerce Bank** | **checking account** | **0274** | **$1,105.86** |
| 3.6. | **Iowa State Bank** | **checking** | **1049** | **$2,584.45** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Gateway Wireless LLC**                                  Case number *(If known)*  **18-31491**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Peoples National Bank** | checking account | 3192 | $2,485.21 |
| 3.8. | **Regions Bank** | checking account | 3545 | $8,076.62 |
| 3.9. | **United Bank of Iowa** | checking account | 6839 | $2,290.54 |
| 3.10. | **Wood & Huston Bank** | checking account | 1652 | $877.17 |
| 3.11. | **First National Bank** | checking account | 9401 | $437.49 |
| 3.12. | **First State Community Bank** | checking account | 7424 | $10,000.00 |
| 3.13. | **Wells Fargo Bank** | checking account | 7362 | $0.00 |
| 3.14. | **Belgrade Bank** | checking account | 9952 | $87.68 |
| 3.15. | **Chase Bank** | checking account | 3125 | $0.00 |
| 3.16. | **First State Community Bank** **negative balance on filing -$68,060.63** | checking account | 0023 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                      $502,311.02
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **Lease security deposits - see attached schedule**                              $221,357.40

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Gateway Wireless LLC**                                      Case number *(If known)*  **18-31491**
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                             | $221,357.40 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **579,703.19** | - | **0.00** | = .... | **$579,703.19** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **860,693.00** | - | **0.00** | =.... | **$860,693.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                            | $1,440,396.19 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** inventory | | $2,140,463.00 | Recent cost | $2,140,463.00 |

23.    **Total of Part 5.**                                                            | $2,140,463.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Gateway Wireless LLC** | Case number *(If known)* **18-31491** |
|---|---|---|
| | Name | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software furniture & equipment for all 90 retail locations and headquarters** | $3,665,102.70 | Recent cost | $450,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   | $450,000.00 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Gateway Wireless LLC**_____    Case number *(If known)* **18-31491**
                Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

|  | | | |
|---|---|---|---|
| 47.1. | **2011 Honda Pilot VIN # 5FNYF4H58BB070276** | $0.00 | $7,000.00 |
| 47.2. | **1990 Well Trailer  VIN # 1WC200E24L1047756** | $0.00 | $4,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                $11,500.00

        Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Gateway Wireless LLC**                                        Case number *(If known)*  **18-31491**
_____
Name

<span style="background:black;color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$502,311.02** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$221,357.40** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,440,396.19** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,140,463.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$450,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$11,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$4,766,027.61** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,766,027.61** |

**Fill in this information to identify the case:**

Debtor name   **Gateway Wireless LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)   **18-31491**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**  **Accel Capital LLC**
Creditor's Name

**65 West 36th Street**
**12th Floor**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**business assets**

**Describe the lien**
**Merchant Loan Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **$532,278.00**  Column B: **$0.00**

---

**2.2**  **Arcarius LLC**
Creditor's Name

**2125 Center Ave.**
**Fort Lee, NJ 07024**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**business assets**

**Describe the lien**
**Merchant Loan Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$242,145.26**  Column B: **$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Gateway Wireless LLC**                                           Case number (if know)   **18-31491**
         Name

■ No
☐ Yes. Specify each creditor,                     ☐ Contingent
including this creditor and its relative           ■ Unliquidated
priority.                                          ■ Disputed

---

| 2.3 | **Argus Capital Funding, LLC** | Describe debtor's property that is subject to a lien | $242,145.26 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**104 E. 25th Street**
**17th Floor**
**New York, NY 10010**
Creditor's mailing address

**business assets**

Describe the lien
**Merchant Loan Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/2018**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Belgrade State Bank** | Describe debtor's property that is subject to a lien | $2,885,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**306 N. Missouri Street**
**PO Box 190**
**Potosi, MO 63664**
Creditor's mailing address

**blanket lien on all business assets**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/2017**
Last 4 digits of account number
**5010**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Belgrade State Bank** | Describe debtor's property that is subject to a lien | $690,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**306 N. Missouri Street**
**PO Box 190**
**Potosi, MO 63664**
Creditor's mailing address

**blanket lien on all business assets**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 11

| Debtor | **Gateway Wireless LLC** | | Case number (if known) | **18-31491** |
|---|---|---|---|---|

Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/2018**
**Last 4 digits of account number**
**7007**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **Bluevine Capital, Inc** | Describe debtor's property that is subject to a lien | $68,128.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**business assets**

**401 Warren Street**
**Suite 300**
**Redwood City, CA 94063**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**3/2018**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
■ Disputed

---

| 2.7 | **Capital Merchant Services LLC** | Describe debtor's property that is subject to a lien | $712,025.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**business assets**

**116 Nassau Street**
**8th Floor**
**New York, NY 10038**
Creditor's mailing address

**Describe the lien**
**Merchant Loan Agreement**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**6/2018**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
■ Disputed

---

| 2.8 | **Credibility Capital** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

| Debtor | **Gateway Wireless LLC** | | Case number (if know) | **18-31491** |
|---|---|---|---|---|

Name

Creditor's Name

**business assets**

**625 Broad Street**
**Newark, NJ 07102**

Creditor's mailing address

**Describe the lien**

**Merchant Loan Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**7/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1019**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.9 | **Credibility Capital** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**business assets**

**625 Broad Street**
**Newark, NJ 07102**

Creditor's mailing address

**Describe the lien**

**Merchant Loan Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**7/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2130**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.1 0 | **First State Community Bank** | **Describe debtor's property that is subject to a lien** | **$1,159,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**business assets**

**1 Black Knight Drive**
**Farmington, MO 63640**

Creditor's mailing address

**Describe the lien**

**Line of Credit**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 4 of 11 |
|---|---|---|

| Debtor | **Gateway Wireless LLC** | | Case number (if know) | **18-31491** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- □ Yes. Specify each creditor, including this creditor and its relative priority.

- □ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.1 1 | **Fundation** | | | |
|---|---|---|---|---|

Creditor's Name

**11501 Sunset Hills Rd
Suite 100
Reston, VA 20190**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- □ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**business assets**

Describe the lien
**Merchant Loan Agreement**

Is the creditor an insider or related party?
- ■ No
- □ Yes

Is anyone else liable on this claim?
- □ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- □ Contingent
- ■ Unliquidated
- ■ Disputed

$212,782.00    $0.00

---

| 2.1 2 | **Funding Circle** | | | |
|---|---|---|---|---|

Creditor's Name

**747 Front Street, 4th Floor
San Francisco, CA 94111**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**7/2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ■ No
- □ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**business assets**

Describe the lien
**Merchant Loan Agreement**

Is the creditor an insider or related party?
- ■ No
- □ Yes

Is anyone else liable on this claim?
- □ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- □ Contingent
- ■ Unliquidated
- ■ Disputed

$331,131.00    $0.00

---

| 2.1 3 | **Green Capital Funding LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**116 Nassau Street
Suite 804
New York, NY 10038**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**business assets**

Describe the lien
**Merchant Loan Agreement**

$404,730.00    $0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Gateway Wireless LLC** | | Case number (if know) | **18-31491** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**9/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 4 | **GTR Source LLC** | Describe debtor's property that is subject to a lien | $1,290,628.84 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Issac Greenfield**
**333 Pearsall Ave.**
**Suite 110**
**Cedarhurst, NY 11516**

**business assets**

Creditor's mailing address

**Describe the lien**

**Merchant Loan Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**7/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 5 | **Influx Capital LLC** | Describe debtor's property that is subject to a lien | $350,254.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**32 Court Street**
**Suite 205**
**Brooklyn, NY 11201**

**business assets**

Creditor's mailing address

**Describe the lien**

**Merchant Loan Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**9/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Gateway Wireless LLC** | | Case number (if know) | **18-31491** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

**2.1 6**

**Kabbage, Inc.**
Creditor's Name

**925 B. Peachtree Street N.E., Suite**
**Atlanta, GA 30309**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/2018**
**Last 4 digits of account number**
**5772**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**business assets**

Describe the lien
**Merchant Loan Agreement**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

| $34,500.00 | $0.00 |
|---|---|

---

**2.1 7**

**Libertas Funding LLC**
Creditor's Name

**382 Greenwich Ave**
**Suite 2 Second Floor**
**Greenwich, CT 06830**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**business assets**

Describe the lien
**Merchant Loan Agreement**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

| $549,372.00 | $0.00 |
|---|---|

---

**2.1 8**

**On Deck Capital, Inc.**
Creditor's Name

**1400 Broadway, 25th Floor**
**New York, NY 10018**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**business assets**

Describe the lien
**Merchant Loan Agreement**

| $71,464.00 | $0.00 |
|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Gateway Wireless LLC**
_____
Name

Case number (if know)    **18-31491**

---

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.19 | **Prime Business** | **Describe debtor's property that is subject to a lien** | $284,809.00 | $0.00 |
|------|-------------------|--------------------------------------------------------|-------------|-------|

Creditor's Name

**2371 McDonald Ave**
**Brooklyn, NY 11223**

Creditor's mailing address

**accounts**

**Describe the lien**
**Merchant Loan Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**9/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.20 | **Queen Funding LLC** | **Describe debtor's property that is subject to a lien** | $335,000.00 | $0.00 |
|------|----------------------|--------------------------------------------------------|-------------|-------|

Creditor's Name

**2221 NE 164 Street**
**Suite 1144**
**North Miami Beach, FL**
**33160**

Creditor's mailing address

**business assets**

**Describe the lien**
**Merchant Loan Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**9/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Gateway Wireless LLC** | Case number (if know) | **18-31491** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 1 | **Saturn Funding LLC** | Describe debtor's property that is subject to a lien | $284,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**333 7th Ave**
**New York, NY 10001**

Creditor's mailing address

**business assets**

Describe the lien
**Merchant Loan Agreement**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/2018**
Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 2 | **Stearns Bank, N.A.** | Describe debtor's property that is subject to a lien | $634,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7555 Dr. MLK Jr. Street**
**North**
**Saint Petersburg, FL 33702**

Creditor's mailing address

**blanket lien on all business assets**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/2015**
Last 4 digits of account number
**1421**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Stearns Bank, N.A.** | Describe debtor's property that is subject to a lien | $786,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7555 Dr. MLK Jr. Street**
**North**
**Saint Petersburg, FL 33702**

Creditor's mailing address

**blanket lien on all business assets**

Describe the lien
**Non-Purchase Money Security**

---

| Debtor | **Gateway Wireless LLC** | | Case number (if know) | **18-31491** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | □ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | □ No |
| **8/2015** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **1176** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | □ Contingent |
| ■ No | □ Unliquidated |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Disputed |

---

| | | | | |
|---|---|---|---|---|
| 2.2 4 | **WG Fund LLC** | Describe debtor's property that is subject to a lien | $110,913.00 | $0.00 |
| | Creditor's Name | **business assets** | | |
| | **1980 Swarthmore Ave.** | | | |
| | **Lakewood, NJ 08701** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Merchant Loan Agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | □ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | □ No | | |
| | **9/2018** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ■ No | □ Contingent | | |
| | □ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | | ■ Disputed | | |

---

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$12,510,505. 36** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joe Lieberman**<br>**815 Central Avenue**<br>**Lawrence, NY 11559** | Line **2.24** | |
| **Joe Lieberman**<br>**815 Central Avenue**<br>**Lawrence, NY 11559** | Line **2.20** | |
| **Park Avenue Recovery LLC**<br>**104 East 25th Street**<br>**10th Floor**<br>**New York, NY 10010** | Line **2.3** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 11

Debtor   **Gateway Wireless LLC**
_____
Name

Case number (if know)   **18-31491**
_____

| | |
|---|---|
| **Rhett A. Frimet PC**<br>**10 East 40th Street**<br>**46th Floor**<br>**New York, NY 10016** | Line   **2.2** |
| **Vadim Serebro**<br>**55 Broadway**<br>**3rd Floor**<br>**New York, NY 10006** | Line   **2.7** |

**Fill in this information to identify the case:**

Debtor name  **Gateway Wireless LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  **18-31491**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice only** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 66778**<br>**STOP5334STL**<br>**Saint Louis, MO 63166** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$469,504.80** | **$469,504.80** |
| Date or dates debt was incurred<br>**2018** | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alliant Energy**
P.O. Box 3060
Cedar Rapids, IA 52406-3060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4870**

Basis for the claim: **707 West St S Ste 800 Grinnell IA 50112**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alliant Energy**
P.O. Box 3060
Cedar Rapids, IA 52406-3060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **8928**

Basis for the claim: **1718 1st Ave E Newton IA 50208**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alliant Utilities**
200 1st St. Suite 1901
Cedar Rapids, IA 52401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Gas Service**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALP Utilities**
316 Fillmore St.
Alexandria, MN 56308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **8001**

Basis for the claim: **4961 Sanibel Dr Ste 200 Alexandria MN**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,759.00 |
|---|---|---|---|

**Alpha Communications**
1500 Lakes Parkway
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Illinois**
PO Box 88034
Chicago, IL 60680-1034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2084**

Basis for the claim: **1237 E Main St Site# 1026a Carbondale, IL 62901**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Illinois**
PO Box 88034
Chicago, IL 60680-1034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **7012**

Basis for the claim: **3950 Green Mount Crossing Dr. Shiloh, IL 62269**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1063**

Basis for the claim:  **138 Junction Dr., Glen Carbon, IL 62034**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6042**

Basis for the claim:  **2402 Williamson County Pkwy Ste F Marion, IL 62959**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7055**

Basis for the claim:  **120 Columbia Centre Columbia IL 62236**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5260**

Basis for the claim:  **718 S. Illinois Ave  Carbondale, IL 62901**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6043**

Basis for the claim:  **3421 Nameoki Rd Granite City,IL.62040**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 66301**
**Saint Louis, MO 63166-6301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4091**

Basis for the claim:  **748 S. Truman Blvd Crystal City, MO 63019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 66301**
**Saint Louis, MO 63166-6301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5032**

Basis for the claim:  **2680 Gravois Rd High Ridge, MO 63049**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ameren Missouri
P.O. Box 66301
Saint Louis, MO 63166-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8113**

Basis for the claim:  **3047 Williams St. Suite 106 Cape Girardeau, MO 63703**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ameren Missouri
P.O. Box 66301
Saint Louis, MO 63166-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **39703-14280**

**Last 4 digits of account number  4280**

Basis for the claim:  **826 Washington Corners, Washington, MO  63090**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ameren Missouri
P.O. Box 66301
Saint Louis, MO 63166-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7061**

Basis for the claim:  **405 N State St Suites D & E, Desloge, MO, 63601**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ameren Missouri
P.O. Box 66301
Saint Louis, MO 63166-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  9141**

Basis for the claim:  **163 Eureka Town Centre Dr Eureka, MO 63025**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ameren Missouri
P.O. Box 66301
Saint Louis, MO 63166-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4145**

Basis for the claim:  **2000 Rock Rd Desoto, MO 63020**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ameren Missouri
P.O. Box 66301
Saint Louis, MO 63166-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2069**

Basis for the claim:  **1510 Denmark Rd Union, MO 63084**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ameren Missouri
PO Box 66529
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5107**

Basis for the claim:  **1805 Maplewood Commons Drive, Maplewood, MO 63143**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ameren Missouri**<br>**P.O. Box 66301**<br>**Saint Louis, MO 63166-6301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **977 Northwest Plaza Dr.  St. Ann MO 63074** | |
| Last 4 digits of account number  **4069** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ameren Missouri**<br>**P.O. Box 66301**<br>**Saint Louis, MO 63166-6301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **122B South County Center Way St. Louis, MO 63129** | |
| Last 4 digits of account number  **1136** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ameren Missouri**<br>**P.O. Box 66301**<br>**Saint Louis, MO 63166-6301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **906 Truman Blvd  Suite B Caruthersville, MO 63830** | |
| Last 4 digits of account number  **6227** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ameren Missouri**<br>**P.O. Box 66301**<br>**Saint Louis, MO 63166-6301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **2402 West Clay Saint Charles,MO.63301** | |
| Last 4 digits of account number  **0163** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ameren Missouri**<br>**P.O. Box 66301**<br>**Saint Louis, MO 63166-6301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **3910 Vogel Rd Arnold,MO.63010** | |
| Last 4 digits of account number  **1176** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ameren Missouri**<br>**P.O. Box 66301**<br>**Saint Louis, MO 63166-6301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **83 Grasso Plaza Affton,MO.63123** | |
| Last 4 digits of account number  **7160** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ameren Missouri**<br>**P.O. Box 66301**<br>**Saint Louis, MO 63166-6301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **1909 Wentzville Parkway Wentzville,MO.63385** | |
| Last 4 digits of account number  **6090** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address

**Ameren Missouri**
**P.O. Box 66301**
**Saint Louis, MO 63166-6301**

Date(s) debt was incurred _
Last 4 digits of account number  **3081**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **525 Warren Country Shopping Center Warrenton,Mo. 63383**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Ameren Missouri**
**P.O. Box 66301**
**Saint Louis, MO 63166-6301**

Date(s) debt was incurred _
Last 4 digits of account number  **4041**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **260 Magee Rd Troy,MO.63379**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

**Ameren Missouri**
**P.O. Box 66301**
**Saint Louis, MO 63166-6301**

Date(s) debt was incurred _
Last 4 digits of account number  **7061**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **98 Gravois Bluffs Plaza Dr Fenton,MO.63026**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address

**Ameren Missouri**
**PO Box 66529**
**Saint Louis, MO 63166**

Date(s) debt was incurred _
Last 4 digits of account number  **2090**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1412 Missouri Blvd Jefferson City, MO 65109**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

**Ameren UE**
**PO Box 66529**
**Saint Louis, MO 63166**

Date(s) debt was incurred _
Last 4 digits of account number  **0034**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2367 Vintage Dr Suite C Excelsior Springs, MO 64024**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Ameren UE**
**P.O. Box 66529**
**Saint Louis, MO 63166**

Date(s) debt was incurred _
Last 4 digits of account number  **5170**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **308 Mid Rivers Mall Drive, St. Peters, MO 63376**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Ameren UE**
**P.O. Box 66529**
**Saint Louis, MO 63166**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1941 Boone Villa Dr. Ste. D Booneville, MO 65233**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AmerenUE**
P.O. Box 66529
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9254**

Basis for the claim:  **3600 Country Club Dr Ste 240 Jefferson City MO 65109**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AmerenUE**
P.O. Box 66529
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0197**

Basis for the claim:  **2005 Highway K O Fallon MO 63366**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AmerenUE**
P.O. Box 66529
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7059**

Basis for the claim:  **1615 W Business Highway 60 STE E Dexter, MO 63841**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AmerenUE**
P.O. Box 66529
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5022**

Basis for the claim:  **840 S Washington DuQuion, IL 62832**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AmerenUE**
P.O. Box 66529
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **1941 Boone Villa Dr Suite D Boonville, MO 65233**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $368,511.00
**American Express**
PO Box 297879
Tampa, FL 33631

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Arkansas Valley Electric Cooperativ**
5600 N. Highway 59
P.O. Box 6967
Van Buren, AR 72956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **2131 Fayetteville Road Van Buren, AR 72956**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
**P.O. Box 5001**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Atmos Energy**
**PO Box 790311**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Gas Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black Hills Energy**
**PO Box 1400**
**Rapid City, SD 57709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Gas Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cable America**
**11422 Schenk Drive**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $154,670.00 |
|---|---|---|---|

**Capital One**
**PO Box 60024**
**New Orleans, LA 70160**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cass County Electric Coop**
**4100 32nd Ave. S**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6308**

Basis for the claim:  **1512 Highway 67 S Suite F  Pocahontas, AR 72455**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66,191.73 |
|---|---|---|---|

**Cell Helmet**
**207 Overlook Dr**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Center Point Energy**
**505 Nicollet Mall**
**PO Box 59038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Gas Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Century Link**
**PO BOX 4300**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Internet__

Last 4 digits of account number _9126_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charter Communications**
**PO Box 790086**
**Saint Louis, MO 63179-0086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Internet__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395,412.00 |
|---|---|---|---|

**Chase**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __credit card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chillicothe Municipal Utilities**
**920 Washington St.**
**P.O. Box 140**
**Chillicothe, MO 64601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __619 S. Washington St. Chillicothe,MO.64601__

Last 4 digits of account number _3609_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Citizens Electric Corporation**
**P.O. Box 368**
**Perryville, MO 63775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __1705 Alma Ave Perryville,MO.63775__

Last 4 digits of account number _6001_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Light Gas and Water**
**P.O. Box 40**
**Kennett, MO 63857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __1027 First St Kennett, MO 63857__

Last 4 digits of account number _3000_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **City of Belton - Utility Billing** | ☐ Contingent | |
| | **506 Main Street** | ☐ Unliquidated | |
| | **Belton, MO 64012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **622 E Markey Pkwy Belton,MO 64012** | |
| | Last 4 digits of account number  **8854** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **City of Bentonville Utility Service** | ☐ Contingent | |
| | **117 W. Central Ave.** | ☐ Unliquidated | |
| | **Bentonville, AR 72712** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **1203 N Walton Blvd Bentonville, AR 72712** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **City of Carbondale Water & Sewer** | ☐ Contingent | |
| | **2401 S. McLafferty Road** | ☐ Unliquidated | |
| | **Carbondale, IL 62901** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **718 S. Illinois Ave Carbondale, IL 62901** | |
| | Last 4 digits of account number  **0007** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **City of Desoto-Water Department** | ☐ Contingent | |
| | **17 Boyd St.** | ☐ Unliquidated | |
| | **De Soto, MO 63020-1747** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **2000 Rock Rd Desoto,MO 63020** | |
| | Last 4 digits of account number  **2002** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **City of Detroit Lakes Utilities** | ☐ Contingent | |
| | **1025 Roosevelt Ave.** | ☐ Unliquidated | |
| | **Detroit Lakes, MN 56501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **317 Frazee Street East, Suite 4, Detroit Lakes, Minnesota 56501** | |
| | Last 4 digits of account number  **8700** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **City of Detroit Lakes Utilities** | ☐ Contingent | |
| | **1025 Roosevelt Ave.** | ☐ Unliquidated | |
| | **Detroit Lakes, MN 56501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **317 Frazee Street East, Suite 4, Detroit Lakes, Minnesota 56501** | |
| | Last 4 digits of account number  **8700** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **City of Fulton Missouri** | ☐ Contingent | |
| | **Utilities Billing** | ☐ Unliquidated | |
| | **18 East 4th Street** | ☐ Disputed | |
| | **Fulton, MO 65251** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **1506 N Bluff St Fulton MO 65251** | |
| | Last 4 digits of account number  **4000** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Grinnell Utility Billing**
**520 4th Avenue**
**Grinnell, IA 50112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **707 West St S Ste 800 Grinnell IA 50112**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Harrisonville**
**Utilities**
**2108 Royal St.**
**Harrisonville, MO 64701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9703**

Basis for the claim:  **1501 N State Route 291, Harrisonville, MO 64701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Harrisonville**
**Utilities**
**2108 Royal St.**
**Harrisonville, MO 64701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9703**

Basis for the claim:  **1501 N State Route 291 Harrisonville, MO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Kennett**
**PO Box 189**
**Kennett, MO 63857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6300**

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Kennett - Water**
**PO Box 189**
**Kennett, MO 63857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3000**

Basis for the claim:  **1027 First St Kennett, MO 63857**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Ottawa**
**Utility Billing**
**101 South Hickory**
**Ottawa, KS 66067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0002**

Basis for the claim:  **1532 S. Main St. Ottawa, KS 66067**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Paola - Water**
**19 E. Peoria**
**Paola, KS 66071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0B04**

Basis for the claim:  **1401 Baptiste Drive, Suites B&C, Paola, KS 66071**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Perryville**
215 N. West St.
Perryville, MO 63775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Gas Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Perryville - Water**
215 N. West St.
Perryville, MO 63775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __1705 Alma Ave Perryville, MO 63775__

Last 4 digits of account number __0093__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Poplar Bluff**
**Municipal Utilities**
2901 Barron Rd.
Poplar Bluff, MO 63901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __1880 N Westwood Drive Suite 2 Poplar Bluff,Mo.__
__63901__

Last 4 digits of account number __1501__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of St. Robert**
**Utility - Electric**
194 Eastlawn Avenue
Suite A
Saint Robert, MO 65584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __690 Missouri Ave Ste 1 St. Robert, MO 65584__

Last 4 digits of account number __0009__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of St. Robert**
**Utility - Water**
194 Eastlawn Avenue
Suite A
Saint Robert, MO 65584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __690 Missouri Ave Ste 1 Saint Robert, MO 65584__

Last 4 digits of account number __0009__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Vermillion Utilities**
25 Center Street
Vermillion, SD 57069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __308 Bower Street Vermillion, SD 57069__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __3233 E Sunshine St Suite 116 Springfield, MO 65804__

Last 4 digits of account number __7670__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4805**

Basis for the claim:  **1538 S. Glenstone Ave Springfield, MO 65804 Mall Kiosk**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9322**

Basis for the claim:  **3530 W Sunshine Suite A Springfield, MO 65807**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1945**

Basis for the claim:  **1570 E Battlefield St Ste E Springfield, MO 65804**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2307**

Basis for the claim:  **4127 S Kansas Expy Ste 124-128 Springfield MO 65807**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8752**

Basis for the claim:  **2545 N Kansas Expy Springfield MO 65803**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0592**

Basis for the claim:  **2550 Suite 350 S. Campbell Springfield MO 65807**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **3867 S. Campbell Ave Springfield MO 65807**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | | Case number (if known) | **18-31491** |
|---|---|---|---|---|

Name

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gas__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

Date(s) debt was incurred _
Last 4 digits of account number __9322__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __3530 W Sunshine Ste. A Springfield, MO 65807__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

Date(s) debt was incurred _
Last 4 digits of account number __8752__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __2545 N Kansas Expressway Springfield, MO 65803__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Utilites of Springfield**
P.O. Box 551
Springfield, MO 65801-0551

Date(s) debt was incurred _
Last 4 digits of account number __7592__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __2550 S. Campbell Ste. 350 Springfield, MO 65807__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clarksville Light and Water**
400 W. Main Street
P.O. Box 1807
Clarksville, AR 72830

Date(s) debt was incurred _
Last 4 digits of account number __7000__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __1150 S Rogers St Clarksville AR 72830__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clarksville Light and Water**
400 W. Main Street
P.O. Box 1807
Clarksville, AR 72830

Date(s) debt was incurred _
Last 4 digits of account number __7000__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __1150 S Rogers St Clarksville AR 72830__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**
18701 East 39th St. Suite B
Independence, MO 64057

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Internet__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address

**Cox Communications**
**637 East Joyce Blvd. Suite 103**
**Fayetteville, AR 72703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address

**Crookston Water Department**
**124 N. Broadway**
**Crookston, MN 56716**

Date(s) debt was incurred _

Last 4 digits of account number  **2402**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1820 Sahlstrom Dr Crookston, MN 56716**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address

**Crystal City Water Dept.**
**130 Mississippi Ave.**
**Crystal City, MO 63019**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **748 S Truman Blvd. Crystal City, MO 63019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address

**Cuivre River Electric**
**8757 Highway N**
**Lake Saint Louis, MO 63367**

Date(s) debt was incurred _

Last 4 digits of account number  **5001**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6255 Ronald Reagan Dr lake St.Louis,Mo.63367**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address

**Cuivre River Electric**
**8757 Highway N**
**Lake Saint Louis, MO 63367**

Date(s) debt was incurred _

Last 4 digits of account number  **5001**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6225 Ronald Reagan Dr lake St.Louis,Mo. 63367**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address

**Entergy Arkansas, Inc.**
**P.O. Box 8101**
**Baton Rouge, LA 70891-8101**

Date(s) debt was incurred _

Last 4 digits of account number  **3475**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1320 Hwy 62-65 North, Suite C1, Harrison, AR 72601**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address

**Excel Energy**
**PO Box 9477**
**Minneapolis, MN 55484**

Date(s) debt was incurred _

Last 4 digits of account number  **7706**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Farmington City Light & Water**
**110 West Columbia St.**
**Farmington, MO 63640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **698 Walton Drive Farmington, MO 63640**

Last 4 digits of account number  **0102**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $137,158.00 |
|---|---|---|---|

**First State Community Bank**
**1 Black Knight Drive**
**Farmington, MO 63640**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:   **credit card**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frontier Communications**
**PO Box 740407**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:   **Internet**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Futiva**
**600 Halfway Road, Suite 104**
**Marion, IL 62959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:   **Internet**

Last 4 digits of account number  **3583**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Google Fiber**
**8615 NW Prairie View Road**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:   **Internet**

Last 4 digits of account number  **1744**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Green Hills Communications**
**7926 NE State Route M**
**Breckenridge, MO 64625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:   **Internet**

Last 4 digits of account number  **5762**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harrisburg Water Department**
**110 E. Locust St.**
**Harrisburg, IL 62946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:   **716 Rollie Moore Dr Harrisburg,IL 62946**

Last 4 digits of account number  **0795**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Huron Utility Billing Department**
**239 Wisconsin Ave. SW**
**Huron, SD 57350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1102**

Basis for the claim:  **2927 Dakota Ave S. Huron, SD 57350**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hypercore**
**2024 W. 15th Street**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Illinois American Water**
**800 N. Front St.**
**East Saint Louis, IL 62201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **3950 Green Mount Crossing Drive Shiloh, IL 62269**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Illinois American Water**
**800 N. Front St.**
**East Saint Louis, IL 62201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2324**

Basis for the claim:  **3421 Nameoki Rd Granite City,IL.62040**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Independence Utilities**
**17221 E. 23rd St. S.**
**Independence, MO 64057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6553**

Basis for the claim:  **18675 E 39th Street Suite 13-A Independence, MO 64055**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00**

**Ingram Micro Mobility**
**3351 Michelson Drive**
**Suite 100**
**Irvine, CA 92612**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **4059**

Basis for the claim:  **telecommunication equipment financing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KCPL**
**P. O. Box 219362**
**Kansas City, MO 64121-9330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0246**

Basis for the claim:  **16010 W 65th St. Shawnee, KS 66217**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KCPL**
**P. O. Box 219362**
**Kansas City, MO 64121-9330**

Date(s) debt was incurred _

Last 4 digits of account number **3149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **16010 W 65th St. Shawnee, KS 66217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KCPL**
**P. O. Box 219362**
**Kansas City, MO 64121-9330**

Date(s) debt was incurred _

Last 4 digits of account number **6933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **622 E. Markey Parkway Belton, MO 64012**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KCPL**
**P. O. Box 219362**
**Kansas City, MO 64121-9330**

Date(s) debt was incurred _

Last 4 digits of account number **7842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **1401 Baptiste Drive, Suites A&B, Paola, Kansas 66071**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KCPL**
**P. O. Box 219362**
**Kansas City, MO 64121-9330**

Date(s) debt was incurred _

Last 4 digits of account number **9093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **3040 W. Broadway Blvd Suite 220 Sedalia, MO 65301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Laclede Gas**
**Drawer 2**
**Saint Louis, MO 63166**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Gas Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liberty Utilities**
**P.O. box 650689**
**Dallas, TX 75265-0689**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **1730 S. 20th St. Ozark, MO 65721**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liberty Utilities**
**P.O. box 650689**
**Dallas, TX 75265-0689**

Date(s) debt was incurred _

Last 4 digits of account number **0656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **1077 Branson Hills Parkway Suite D Branson, MO 65616**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address
**Liberty Utilities**
P.O. box 650689
Dallas, TX 75265-0689

Date(s) debt was incurred _

Last 4 digits of account number  **6057**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **716 Rollie Moore Dr.Harrisburg,IL.62496**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address
**Liberty Utilities**
613 N. Main Street
Harrisburg, IL 62946

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address
**Marion City Water Department**
1102 Tower Square Plaza
Marion, IL 62959

Date(s) debt was incurred _

Last 4 digits of account number  **8368**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2402 Williamson County Pkwy Ste F Marion, IL 62959**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address
**Marshall Municipal Utilities**
75 East Morgan
Marshall, MO 65340

Date(s) debt was incurred _

Last 4 digits of account number  **5561**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **807 Cherokee Dr Suite 6  Marshall, MO 65340**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address
**Mediacom**
1211 Wilkes Blvd.
Columbia, MO 65201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address
**Mid American Energy Company**
P.O. Box 8020
Davenport, IA 52808-8020

Date(s) debt was incurred _

Last 4 digits of account number  **0015**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1515 Storm Lake Avenue STE G Storm Lake, IA 50588**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address
**Mid American Energy Company**
P.O. Box 8020
Davenport, IA 52808-8020

Date(s) debt was incurred _

Last 4 digits of account number  **7099**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2411 2nd St Ste 2 Coralville IA 52241**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mid American Energy Company**
**P.O. Box 8020**
**Davenport, IA 52808-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **813 US-30 Carroll, IA 51401**

Last 4 digits of account number  **5108**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mid American Energy Company**
**P.O. Box 8020**
**Davenport, IA 52808-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1319 Holton Dr Ste 101A Le Mars IA 51031**

Last 4 digits of account number  **2150**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MidAmerican Energy Company**
**PO Box 8020**
**Davenport, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gas Service**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MidAmerican Energy Company**
**PO Box 8020**
**Davenport, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **209 Cornerstone Dr Ste B Oskaloosa IA 52577**

Last 4 digits of account number  **1049**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Midwest Connections**
**402 E. Main Street**
**Chanute, KS 66720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Internet**

Last 4 digits of account number  **6113**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$820,000.00**

**Mike & Mechelle Mercille**
**412 Willow Creek Drive**
**Farmington, MO 63640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan from member**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Missouri American Water**
**P.O. Box 790247**
**Saint Louis, MO 63179-0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1412 Missouri Blvd. Jefferson City, MO 65109**

Last 4 digits of account number  **0846**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Missouri American Water**
P.O. Box 94551
Palatine, IL 60094

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0817**

Basis for the claim:  **122 South County Center Way ste B  St. Louis, MO 63129**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Montana-Dakota Utilities Co.**
PO Box 5600
Bismarck, ND 58506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gas Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Montana-Dakota Utilities Co.**
PO Box 5600
Bismarck, ND 58506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5063**

Basis for the claim:  **2706 Rock Island Pl Ste 1 Bismarck ND 58504**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Montana-Dakota Utilities Co.**
PO Box 5600
Bismarck, ND 58506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5424**

Basis for the claim:  **310 6th Ave SE Suite 2,  Mandan, ND 58554**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moorehead City Public Services**
500 Center Ave.
Moorhead, MN 56560

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9304**

Basis for the claim:  **3316 Highway 10 East Moorehead, MN 56561**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Municipal Utilities**
2901 Barron Rd.
Poplar Bluff, MO 63901

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1501**

Basis for the claim:  **1880 N Westwood Blvd Suite 2  Poplar Bluff, MO 63901**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Newton Waterworks**
101 West 4th St. S.
Newton, IA 50208

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **1718 1st Ave E Newton IA 50208**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Gateway Wireless LLC** | Case number (*if known*) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NewWave Communications**
**30000 N. Westwood Blvd.**
**Poplar Bluff, MO 63901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Internet**

**Last 4 digits of account number  6701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Northeast Public Sewer District**
**1041 Gravois Rd.**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **98 Gravois Bluffs Plaza Dr Ste F Fenton, MO. 63026**

**Last 4 digits of account number  8001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NorthWestern Energy**
**11 E. Park St.**
**Butte, MT 59701-1711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **3013 Broadway Avenue Ste 2 Yankton, SD 57078**

**Last 4 digits of account number  3417**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NorthWestern Energy**
**11 E. Park St.**
**Butte, MT 59701-1711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **2927 Dakota Ave S. Huron, SD 57350**

**Last 4 digits of account number  4115**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Oskaloosa Municipal Water Departmen**
**1208 S. 7th St.**
**Oskaloosa, IA 52577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **209 Cornerstone Dr Ste B Oskaloosa IA 52577**

**Last 4 digits of account number  6803**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Otter Tail Power Company**
**P.O. Box 2002**
**11087926, MN 56538-2002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **1930 Sahlstrom Drive, Suite A, Crookston, MN 56716**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Owatpmma Public Utilities**
**208 Walnut Ave.**
**P.O. Box 800**
**Owatonna, MN 55060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **1045 Frontage Rd W, Owatonna, MN 55060**

**Last 4 digits of account number  0034**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Gateway Wireless LLC** | | Case number (if known) | **18-31491** |
|---|---|---|---|---|
| | Name | | | |

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Owatpmma Public Utilities** **208 Walnut Ave.** **P.O. Box 800** **Owatonna, MN 55060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _1045 Frontage Rd W, Owatonna, MN 55060_ | |
| | Last 4 digits of account number **0034** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ozark Water System** **206 N. 1st Street** **Ozark, MO 65721** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _1730 S 20th St Ozark, MO 65721_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Republic Services** **15250 Old Bloomfield Road** **Dexter, MO 63841** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trash Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Rolla Municipal Utilities** **P.O. box 767** **Rolla, MO 65402** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _206 South Bishop Ave Unit C Rolla, MO 65401_ | |
| | Last 4 digits of account number **7980** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|
| | **Ryan Walker** **507 Log Cabin Road** **Farmington, MO 63640** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **loan from member** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Security Equipment Supply** **3435 Rider Trail** **Earth City, MO 63045** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Alarm Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sierra TEI** **5151 Bullion Street** **PO Box 219** **Oakhurst, CA 93644** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Internet** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Sierra Wireless**
**2738 Loker Ave West, Suite A**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Sikeston BMU**
**107 E. Malone**
**P.O. Box 370**
**Sikeston, MO 63801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5331**

Basis for the claim:  **605 Brunt St Suite A Sikeston, MO 63801**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Socket**
**2703 Clark Lane**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6251**

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Southerwestern Electric Power**
**P.O. Box 371496**
**Pittsburgh, PA 15250-7496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6128**

Basis for the claim:  **1233 W. MLK Blvd. Ste 3 Fayetteville, AR 72701**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Southwestern Electric Power Co**
**P.O. Box 371496**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **2333 N College Ave Suite A Fayetteville, AR 72703**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Spencer Municipal Utilities**
**520 2nd Avenue East, Suite 1**
**Spencer, IA 51301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0365**

Basis for the claim:  **700 11th St SW  Suite 4  Spencer, IA 51301**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Spire**
**Drawer 2**
**Saint Louis, MO 63171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gas Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Gateway Wireless LLC** | | Case number (*if known*) | **18-31491** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Storm Lake Water Billing Dept.**
**620 Erie Street**
**P.O. Box 1086**
**Storm Lake, IA 50588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5000**

Basis for the claim:  **1515 Lake Ave Ste 6 Storm Lake, IA. 50588**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Suddenlink**
**P.O. Box 660365**
**Dallas, TX 75266-0365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **100001-0818-70262201**
Last 4 digits of account number

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sullivan Municiple Utilites**
**Utility Billing Clerk**
**210 W. Washington**
**Sullivan, MO 63080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4900**

Basis for the claim:  **316 Park Ridge Rd Sullivan, MO 63080**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Summit Utilities**
**7810 Shaffer Pkwy. Suite 120**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gas Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,954.00** |
|---|---|---|---|

**US Bank**
**P.O. Box 6333**
**Fargo, ND 58125**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Utility Customer Service**
**P.O. Box 1676**
**Columbia, MO 65205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6656**

Basis for the claim:  **1400 Forum Blvd Suite 40 Columbia, MO 65203**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Utility Customer Service**
**P.O. Box 1676**
**Columbia, MO 65205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6774**

Basis for the claim:  **1009 E. Broadway Columbia, MO 65201**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Utility Customer Service**
P.O. Box 1676
Columbia, MO 65205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** 1105 Grindstone Pkwy Ste 103 Columbia MO 65201

Last 4 digits of account number  **4254**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Utility Customer Service**
P.O. Box 1676
Columbia, MO 65205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** 601 Business Loop 70 West Ste 270 Columbia, MO 65203

Last 4 digits of account number  **0338**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Vast Broadband**
5100 S. Broadband Lane
Sioux Falls, SD 57108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Telephone lines

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Verizon Business**
PO Box 371873
Pittsburgh, PA 15250-7873

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Internet

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Waste Management**
7320 Hall Street
Saint Louis, MO 63147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trash Service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,400.00** |
|---|---|---|---|

**Wells Fargo Bank**
420 Montgomery St
San Francisco, CA 94163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** line of credit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182,368.68** |
|---|---|---|---|

**Wells Fargo Bank**
420 Montgomery St
San Francisco, CA 94163

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** credit card

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gateway Wireless LLC** | Case number (if known) | **18-31491** |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **West Plains City Utilities**<br>**1910 Holiday Lane**<br>**West Plains, MO 65775** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1904** | Basis for the claim: **1382 Southern Hills Center  West Plains, MO 65775**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **West Plains City Utilities**<br>**1910 Holiday Lane**<br>**West Plains, MO 65775** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1904** | Basis for the claim: **1382 Southern Hills Center  West Plains, MO 65775**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Westar Energy**<br>**P.O. Box 758500**<br>**Topeka, KS 66675-8500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5607** | Basis for the claim: **638 S. 130th St. Bonner Springs,KS. 66012**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Willmar Municipal Utilities**<br>**700 Litchfield Ave. SW**<br>**Willmar, MN 56201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **6001** | Basis for the claim: **1415 1st Street South Ste 3 Willmar, MN**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Windstream Communications**<br>**108 N. 4th Street**<br>**Montezuma, IA 50171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0598** | Basis for the claim: **Internet**<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 469,504.80 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,522,424.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,991,929.21 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gateway Wireless LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **18-31491** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **3421 Nameoki Rd., Granite City, IL 62040**<br><br><br>**Nameoki Shopping Center, L.P. 1045 South Woods Mill Rd, Ste 1 Chesterfield, MO 63017** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **11902 Shawnee Mission Parkway Ste E5 Shawnee, KS 66216**<br><br><br>**10 Quivira Plaza 14A, LLC 1801 W. Olympic Blvd. Pasadena, CA 91199** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **308 Mid Rivers Mall Drive, St. Peters, MO 63376**<br><br><br>**308 Mid Rivers, LLC 400 N LINDBERGH LLC 10403 BAUR BLVD SUITE A Saint Louis, MO 63132-1000** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2706 Rock Island Pl Ste 1 Bismarck ND 58504**<br><br><br>**Accrete LLC 1803 E. Broadway Ave. Bismarck, ND 58501** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Gateway Wireless LLC** | | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **1027 First St., Kennett, MO 63857** | |
|---|---|---|---|
| | State the term remaining | | **American PDR, INC** |
| | List the contract number of any government contract | | **15635 County Road 228** |
| | | | **Campbell, MO 63933** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2367 Vintage Dr., Suite C, Excelsior Springs, MO 64024** | |
|---|---|---|---|
| | State the term remaining | | **American United Development LLC** |
| | List the contract number of any government contract | | **c/o American Realty & Development L** |
| | | | **PO Box 39** |
| | | | **Belle, MO 65014** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1941 Boone Village Dr Suite D Boonville, MO 65233** | |
|---|---|---|---|
| | State the term remaining | | **Bechtold Properties LLC** |
| | List the contract number of any government contract | | **Robert J Bechtold, Jr.** |
| | | | **6401 W. Hwy 40** |
| | | | **Columbia, MO 65202** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **303 Hawthorne Blvd., Suite C, Warrensburg, MO 64093** | |
|---|---|---|---|
| | State the term remaining | | **Brentwood Development, LLC** |
| | List the contract number of any government contract | | **Attn: Jeffrey M. Terry** |
| | | | **618 N. Maguire St.** |
| | | | **Warrensburg, MO 64093** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **838 Washington St DuQuoin, IL 62832** | |
|---|---|---|---|
| | State the term remaining | | **Bud Goeke** |
| | List the contract number of any government contract | | **2629 SE 20th Ave.** |
| | | | **Cape Coral, FL 33904** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **4127 S Kansas Expy., Suite 124 , Springfield, MO 65807** | |
|---|---|---|---|
| | State the term remaining | | **Burrito Real Estate, LLC** |
| | List the contract number of any | | **4127 S. Kansas Expressway Suite 100** |
| | | | **Springfield, MO 65807** |

| Debtor 1 | **Gateway Wireless LLC** | | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2411 2nd St Ste 2, Coralville IA 52241** |
|---|---|---|
| | State the term remaining | **C/W Properties, LLC c/o Jerry Carew 2411 2nd St. Unit 1 Coralville, IA 52241** |
| | List the contract number of any government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Jefferson City Mall** |
|---|---|---|
| | State the term remaining | **Capital Mall JC1, LLC PO Box 1663 Jefferson City, MO 65102** |
| | List the contract number of any government contract | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **2131 Fayetteville Rd Suite 4 Van Buren, AR 72956** |
|---|---|---|
| | State the term remaining | **CCVB LLC Attn. LaDonna Frost 1430 S. 28th St. Van Buren, AR 72956** |
| | List the contract number of any government contract | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **813 US-30 Carroll, IA 51401** |
|---|---|---|
| | State the term remaining | **CitiCentre Station LLC PO Box 645414 Pittsburgh, PA 15264** |
| | List the contract number of any government contract | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **120 Columbia Centre, Columbia, IL 62236** |
|---|---|---|
| | State the term remaining | **Columbia Centre Marketplace, Inc PO Box 140 Columbia, IL 62236** |
| | List the contract number of any government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **906 Truman Blvd Suite B Caruthersville, MO 63830** |
|---|---|---|
| | | **Coppage Realty Company PO Box 70 Braggadocio, MO 63826** |

| Debtor 1 | **Gateway Wireless LLC** | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **1930 Sahlstrom Drive, Suite A, Crookston, MN 56716** | |
| | State the term remaining | | **Crookston Development Group LLC** |
| | List the contract number of any government contract | | **3027 Autumn Leaves Circle Green Bay, WI 54313** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **748 S. Truman Blvd., Crystal City, MO 63019** | |
| | State the term remaining | | **Crystal City Properties, LLC** |
| | List the contract number of any government contract | | **17195 New College Ave Wildwood, MO 63040** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **1150 S Rogers St Clarksville AR 72830** | |
| | State the term remaining | | **D&C Properties** |
| | List the contract number of any government contract | | **PO Box 111 Clarksville, AR 72830** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **707 West St  Ste 800 Grinnell, IA 50112** | |
| | State the term remaining | | **Daralee LLC** |
| | List the contract number of any government contract | | **542 462nd Ave. Grinnell, IA 50112** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **1570 E. Battlefield, Suite E, Springfield, MO 65804** | |
| | State the term remaining | | **Debco Management** |
| | List the contract number of any government contract | | **2900 S. Fremont, Suite A Springfield, MO 65804** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Gateway Wireless LLC** | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Cape Girardeau- Store, 3047 Williams St., Suite 106, Cape Girardeau, MO 63703** | |
|---|---|---|---|
| | State the term remaining | | **Drury Development** |
| | | | **Mr. & Mrs. CLD Family Trust** |
| | List the contract number of any government contract | | **Attention: Jacqueline Pollvogt** |
| | | | **721 Emerson Road, Suite 200** |
| | | | **Saint Louis, MO 63141** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **3316 Highway 10 E Moorhead MN 56560** | |
|---|---|---|---|
| | State the term remaining | | **EasTen Retail LLC** |
| | | | **3336 Humboltdt Ave. S** |
| | List the contract number of any government contract | | **Minneapolis, MN 55408** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **1045 Frontage Rd W, Owatonna, MN 55060** | |
|---|---|---|---|
| | State the term remaining | | **EDH Properties** |
| | | | **c/o Metro Equity Management LLC** |
| | List the contract number of any government contract | | **7920 Lakeville Blvd., Box 967** |
| | | | **Lakeville, MN 55044** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **3040 W. Broadway Blvd., Suite 220, Sedalia, MO 65301** | |
|---|---|---|---|
| | State the term remaining | | **Euless Glade Partners LLC** |
| | | | **1950 S. West St.** |
| | List the contract number of any government contract | | **Wichita, KS 67213** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **2005 Highway K O'Fallon MO 63366** | |
|---|---|---|---|
| | State the term remaining | | **Frontier Plaza** |
| | | | **Attn. Tim Wadley** |
| | List the contract number of any government contract | | **211 North Broadway, Suite 2075** |
| | | | **Saint Louis, MO 63102** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **2927 Dakota Ave S. Huron, SD 57350** | |
|---|---|---|---|
| | State the term remaining | | **Good Neighbors 2 LLC** |
| | | | **1210 Broadway Suite 400** |
| | List the contract number of any | | **Alexandria, MN 56308** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Gateway Wireless LLC** | | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **98 Gravois Bluffs Circle Ste F, Fenton, MO 63126** | |
|---|---|---|---|
| | State the term remaining | | **Gravois Bluffs North 5-B1, LLC c/o G. J. Grewe, Inc. 639 Gravois Bluffs, Blvd., Suite D Fenton, MO 63026** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **3950 Green Mount Crossing Dr., Shiloh, IL 62269** | |
|---|---|---|---|
| | State the term remaining | | **Green Mount Crossing, LLC PO Box 419121 Saint Louis, MO 63141** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **316 Park Ridge Rd., Sullivan, MO 63080** | |
|---|---|---|---|
| | State the term remaining | | **Guffey Rental Properties, LLC c/o American Realty and Development PO Box 39 Belle, MO 65013** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **807 Cherokee Dr, Suite 6, Marshall, MO 65340** | |
|---|---|---|---|
| | State the term remaining | | **Guffey Rental Properties, LLC c/o American Realty & Development L 709 HWY 28 W PO Box 39 Belle, MO 65013** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **317 Frazee Street East Suite 4 , Detroit Lakes, MN 56501** | |
|---|---|---|---|
| | State the term remaining | | **Hamilton Enterprises East, LLC PO Box 1706 Williston, ND 58802** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **1203 N Walton blvd Bentonville, AR 72712** | **Harp's Food Stores, Inc. Attn: J. Max Van Hoosen P.O. Box 48 918 S. Gutensohn Springdale, AR 72762** |
|---|---|---|---|

Debtor 1  **Gateway Wireless LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-31491**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **1705 Alma Ave., Perryville, MO 63775** | |
|---|---|---|---|
| | State the term remaining | | **Heinrich J Aberle** |
| | List the contract number of any government contract | | **4589 Regalo Bello St Las Vegas, NV 89135** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **718 S. Illinois Ave., Carbondale, IL 62901** | |
|---|---|---|---|
| | State the term remaining | | **Home Rentals Corporation** |
| | List the contract number of any government contract | | **206 West College St. Suite 11 Carbondale, IL 62901** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **2402 Williamson Cnty Pkwy, Ste F, Marion, IL 62959** | |
|---|---|---|---|
| | State the term remaining | | **IL CARRICOTHREE, LLC Attn: Steven Carrico** |
| | List the contract number of any government contract | | **Re: Parkway Plaza 10929 Page Ave. Saint Louis, MO 63132** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **1077 Branson Hills Parkway, Suite D, Branson, MO 65616** | |
|---|---|---|---|
| | State the term remaining | | **Inland Commercial Real Estate Servi Bldg # 75027** |
| | List the contract number of any government contract | | **62903 Collections Center Drive Chicago, IL 60693-0325** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **1401 Baptiste Drive, Suites A&B, Paola, KS 66071** | |
|---|---|---|---|
| | State the term remaining | | **J. Larry Fugate, Trustee Attn: Property Manager** |
| | List the contract number of any government contract | | **208 South Maize Rd Wichita, KS 67209** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Gateway Wireless LLC** | | | Case number (*if known*) | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **1320 Hwy 62-65 North, Suite C1 Harrison, AR 72601** | |
|---|---|---|---|
| | State the term remaining | | **Jeff Crockett Trust PO Box 1093 Harrison, AR 72602** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **3863 Osage Beach Parkway, Osage Beach, MO 65065** | |
|---|---|---|---|
| | State the term remaining | | **Jon A. Moake 3863 Osage Beach Parkway Osage Beach, MO 65065** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Cape Girardeau- West Park Mall, Kiosk# 9008, 3049 William St., Cape Girardeau, MO 63703** | |
|---|---|---|---|
| | State the term remaining | | **JPMCC 2006 ldp7 Centro Enfield LLC1 PO Box 953406 Saint Louis, MO 63195-3406** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **1415 1st St. Ste. 3 Willmar, MN 56201** | |
|---|---|---|---|
| | State the term remaining | | **Kandi Plaza 1415 1st Street Ste. 3 Willmar, MN 56201** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **1718 1st Ave E Newton IA 50208** | |
|---|---|---|---|
| | State the term remaining | | **KBR Properties, LLC 4203 NE Bellagio Circle Ankeny, IA 50021** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **3013 Broadway Ave Ste 2 Yankton SD 57078** | |
|---|---|---|---|
| | State the term remaining | | **KIR, LLC c/o Van Buskirk Companies 2571 S. Westlake Dr. Suite 100 Sioux Falls, SD 57106** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Gateway Wireless LLC**

| | | | |
|---|---|---|---|
| First Name | Middle Name | Last Name | |

Case number *(if known)*   **18-31491**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **3867 S Campbell Springfield, Mo 65807** | |
|---|---|---|---|
| | State the term remaining | | **KPAC Registered, LLLP Attn. Mark Pike 3811-D S. Campbell Springfield, MO 65807** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **6255 Ronald Reagan Dr., Lake St. Louis, MO 63367** | |
|---|---|---|---|
| | State the term remaining | | **LILA, INC SHOPPES AT HAWK RIDGE, LLC C/O MIDWEST RETAIL PROPERTIES 7777 BONHOMME AVENUE SUITE 1700 Saint Louis, MO 63105** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **1510 Denmark Rd., Union, MO 63084** | |
|---|---|---|---|
| | State the term remaining | | **Marie Sherman Management PO BOX 143 Beaufort, MO 63013** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **408 Bower Street Vermillion, SD 57069** | |
|---|---|---|---|
| | State the term remaining | | **Marketplace Vermillion LLC PO Box 308 Williamsport, TN 38487** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **1512 Hwy 67 S Suite F Pocahontas, AR 72455** | |
|---|---|---|---|
| | State the term remaining | | **McVey Properties 1720 Kanell Blvd., Suite 1 Poplar Bluff, MO 63901** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **1009 E. Broadway, Columbia, MO 65201** | **Michael M. Menser Properties LLC Baker Team Properties P3211 S Providence, Ste 111 Columbia, MO 65203** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Gateway Wireless LLC** | | Case number *(if known)* | **18-31491** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

State the term remaining

List the contract number of any government contract

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | 1880 N Westwood, Suite 2, Poplar Bluff, MO 63901 | |
| --- | --- | --- | --- |
| | State the term remaining | | **MOCARRICO, LLC** |
| | | | **Attn: Steven Carrico** |
| | List the contract number of any government contract | | **Re: Crossroads Plaza** |
| | | | **10929 Page Ave.** |
| | | | **Saint Louis, MO 63132** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | 1233 West Martin Luther King Blvd Ste 3 Fayetteville, AR 72703 | |
| --- | --- | --- | --- |
| | State the term remaining | | **Monroe Arena LLC** |
| | List the contract number of any government contract | | **PO Box 10647** |
| | | | **Fayetteville, AR 72703** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | 2545 N Kansas Expy, Springfield, MO 65804 | |
| --- | --- | --- | --- |
| | State the term remaining | | **Morris Loan and Investment Company** |
| | List the contract number of any government contract | | **3078 S. Delaware** |
| | | | **Springfield, MO 65804** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | 405 N. State St., Suite D&E, Desloge, MO 63601 | |
| --- | --- | --- | --- |
| | State the term remaining | | **MRP Desloge, LLC** |
| | | | **c/o Midwest Retail Properties, LLC** |
| | List the contract number of any government contract | | **7777 Bonhomme Ave Ste 1700** |
| | | | **Saint Louis, MO 63105** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | 716 Rollie Moore Dr., Harrisburg, IL 62946 | |
| --- | --- | --- | --- |
| | State the term remaining | | **MRP Harrisburg, LLC** |
| | | | **c/o Midwest Retail Properties, LLC** |
| | List the contract number of any government contract | | **7777 Bonhomme Ave. Suite 1700** |
| | | | **Saint Louis, MO 63105** |

| Debtor 1 | **Gateway Wireless LLC** | | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **1532 S. Main St., Ottawa, KS** | |
|---|---|---|---|
| | State the term remaining | | **Neosho Investments, LLC** |
| | List the contract number of any government contract | | **16 Clubhouse Dr Rogers, AR 72750** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **638 South 130th St., Bonner Springs,KS 66012** | |
|---|---|---|---|
| | State the term remaining | | **New Venture LLC** |
| | List the contract number of any government contract | | **PO Box 24001 Overland Park, KS 66283** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **27 Grasso Plaza, St. Louis, MO 63123** | |
|---|---|---|---|
| | State the term remaining | | **Novus Crestwood, LLC c/o Novus Development** |
| | List the contract number of any government contract | | **20 Allen Avenue Suite 400 Saint Louis, MO 63119** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **2550 S. Campbell, Suite 350, Springfield, MO 65807** | |
|---|---|---|---|
| | State the term remaining | | **Old Town Center LLC Tillman Redevelopment, LLC** |
| | List the contract number of any government contract | | **PO Box 550 Strafford, MO 65757** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **1730 South 20th St., Ozark, MO 65721** | |
|---|---|---|---|
| | State the term remaining | | **Ozark Centre, LLC c/o R.B. Murray Company** |
| | List the contract number of any government contract | | **2255 S Blackman Rd Springfield, MO 65809** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **1506 N Bluff St., Fulton, MO 65251** | |
|---|---|---|---|
| | | | **P&C Kolb Children's Trust, LLC c/o Kolb Properties** |
| | List the contract number of any | | **PO Box 6850 Jefferson City, MO 65102** |

| Debtor 1 | **Gateway Wireless LLC** | | | Case number (*if known*) | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **826 Washington Cors, Washington, MO 63090** | |
|---|---|---|---|
| | State the term remaining | | **Pace- Washington Associates, LLC c/o Pace Properties, Inc. 1401 South Brentwood Boulevard Suite 900 Saint Louis, MO 63144** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **601 W Business Loop 70 Ste 207 Columbia MO 65203** | |
|---|---|---|---|
| | State the term remaining | | **Parkcade Center 601 Business Loop 70 Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **2 Box truck leases for advertisment trucks.** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Patriot Creative Group 2727 N. Central Ave. Suite 10 North Phoenix, AZ 85004** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **1501 N State Route 291, Harrisonville, MO 64701** | |
|---|---|---|---|
| | State the term remaining | | **Patterson Harrisville LLC 22119 S. State Rte. 291 Harrisonville, MO 64701** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **310 6th Ave SE Suite 2, Mandan, ND 58554** | |
|---|---|---|---|
| | State the term remaining | | **Prairie View Properties LLP P.O. Box 113 Mandan, ND 58554** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **605 Brunt St., Suite A, Sikeston, MO 63801** | **Pratt Development PO Box 1722 Sikeston, MO 63801** |
|---|---|---|---|

Debtor 1   **Gateway Wireless LLC**                                            Case number *(if known)*   **18-31491**
      First Name      Middle Name      Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **3530 W Sunshine, Springfield, MO 65807** |
|  | State the term remaining | **Pure Country Branson, LLC** |
|  | List the contract number of any government contract | **1531 E. Bradford Parkway Unit 225 Springfield, MO 65804** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **2000 Rock Road, Desoto, MO 63020** |
|  | State the term remaining | **R. L.  Jones Properties** |
|  | List the contract number of any government contract | **RLJ Services, LLC 17195 New College Ave Wildwood, MO 63040** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **698 Walton Dr., Farmington, MO 63640** |
|  | State the term remaining | **R. L. Jones Properties** |
|  | List the contract number of any government contract | **Francois Fields, LLC 17195 New College Ave Wildwood, MO 63040** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **619 S. Washington St. Chillicothe, MO 64601** |
|  | State the term remaining | **Rafter C Expo Ctr, LLC** |
|  | List the contract number of any government contract | **426 Washington St. Chillicothe, MO 64601** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **3233 E Sunshine St., Springfield, MO 65804** |
|  | State the term remaining | **RAGA Properties, LLC** |
|  | List the contract number of any government contract | **Attn: Rita Baron 1855 S. Ingram Mill Rd Springfield, MO 65804** |

| Debtor 1 | **Gateway Wireless LLC** | | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.** State what the contract or lease is for and the nature of the debtor's interest

206 South Bishop Ave., Unit C, Rolla, MO 65401

State the term remaining

List the contract number of any government contract

Richard & Kathleen Arthur
4946 S. Buckingham Lane
Springfield, MO 65810

**2.74.** State what the contract or lease is for and the nature of the debtor's interest

2333 N. College Ave. Suite A, Fayetteville, AR 72703

State the term remaining

List the contract number of any government contract

Robert Hopmann
1200 E. Joyce Blvd.
Fayetteville, AR 72703

**2.75.** State what the contract or lease is for and the nature of the debtor's interest

16010 W 65th St., Shawnee, KS 66217

State the term remaining

List the contract number of any government contract

Rottinghaus R.E. SSW, LLC
Attn: Pete Hansen
P.O. Box 356
Onalaska, WI 54650

**2.76.** State what the contract or lease is for and the nature of the debtor's interest

977 Northwest Plaza Dr.
St. Ann MO 63074

State the term remaining

List the contract number of any government contract

Rounders, LLC
PO Box 179173
Saint Louis, MO 63117-9173

**2.77.** State what the contract or lease is for and the nature of the debtor's interest

1319 Holton Dr Ste 101A
Le Mars IA 51031

State the term remaining

List the contract number of any government contract

SFP Pool Six LLC
17800 Laurel Park Drive North
Suite 200C
Livonia, MI 48152

**2.78.** State what the contract or lease is for and the nature of the debtor's interest

209 Cornerstone Dr Ste B
Oskaloosa IA 52577

State the term remaining

List the contract number of any

SFP Pool THree Shopping Centers LP
c/o Schostak Brothers and Company
PO Box 856921
Minneapolis, MN 55485

| Debtor 1 | **Gateway Wireless LLC** | | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |
|---|---|---|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **South County Mall, 18 S. County Center Way, Kiosk #9012, St. Louis, MO 63129** | |
|---|---|---|---|
| | State the term remaining | | **South County Shoppingtown, LLC CBL #0806 P.O. Box 955607 Saint Louis, MO 63195-5607** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **1382 Southern Hills Center, West Plains, MO 65775** | |
|---|---|---|---|
| | State the term remaining | | **Southern Hills Center, LTD 1307 Southern Hills West Plains, MO 65775** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **2402 W. Clay St. Charles, MO 63301** | |
|---|---|---|---|
| | State the term remaining | | **St. Charles Partnership, LP c/o Hoffman Development Co. 727 Craig Rd Suite 100 Saint Louis, MO 63141** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **1515 Lake Ave Ste 6 Storm Lake, IA. 50588** | |
|---|---|---|---|
| | State the term remaining | | **Storm Lake Development Group LLC Attn. Rick Johnson 3027 Autumn Leaves Circle Green Bay, WI 54313** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **122 South County Center Way Ste B, St. Louis, MO 63129** | |
|---|---|---|---|
| | State the term remaining | | **Tenholder Properties, Inc 989 Stone Spring Drive Eureka, MO 63025** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **163 Eureka Town Centre Dr., Eureka, MO 63025** | **THF Eureka Development, L.P. c/o TKG Management, Inc. 211 N. Stadium, Suite 201 Columbia, MO 65203** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Gateway Wireless LLC**
_____
    First Name          Middle Name         Last Name

Case number *(if known)*   **18-31491**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | 138 Junction Dr., Glen Carbon, IL 62034 | |
|---|---|---|---|
| | State the term remaining | | **THF Glen Carbon Development, LLC c/o THF Management, Inc 211 N. Stadium, Suite 201 Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | 1105 Grindstone Pkwy, Ste 103, Columbia, MO 65201 | |
|---|---|---|---|
| | State the term remaining | | **THF Grindstone Plaza Development LL c/o TKG Management Inc 211 North Stadium  Suite 201 Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | 1805 Maplewood Commons Drive, Maplewood, MO 63143 | |
|---|---|---|---|
| | State the term remaining | | **THF Maplewood Shops Development, LL c/o TKG Management Inc 211 N. Stadium Suite 201 Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | 1909 Wentzville Pkwy Wentzville, MO 63385 | |
|---|---|---|---|
| | State the term remaining | | **THF Wentzville Development LLC 211 N. Stadium Suite 201 Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | 2680 Gravois Rd., High Ridge,  MO 63049 | |
|---|---|---|---|
| | State the term remaining | | **THF-S High Ridge Development, L.L.C c/o TKG Management, Inc. 211 North Stadium Boulevard, Suite Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Gateway Wireless LLC** | | | Case number *(if known)* | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **690 Missouri Ave., Ste. 1, St. Robert, MO 65584** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Enterprises Clayton Towers 690, LLC P.O. Box 202 Waynesville, MO 65583** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **209 Cornerstone Dr Ste B Oskaloosa IA 52577** | |
|---|---|---|---|
| | State the term remaining | | **TImber Huron Properties c/o Timber Development Group 1060 W. State Rd. 434 Ste. 156 Longwood, FL 32750** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **4950 13th Ave S Suite 21 Fargo, ND 58103** | |
|---|---|---|---|
| | State the term remaining | | **Times Square LLP PO Box 10541 Fargo, ND 58106** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **525 Warren County Center, Warrenton, MO 63383** | |
|---|---|---|---|
| | State the term remaining | | **TKG Warren County, LLC 211 North Stadium Suite 201 Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **University Mall, Kiosk #1026a, 1237 E. Main St., Carbondale, IL 62901** | |
|---|---|---|---|
| | State the term remaining | | **University Mall Realty, LLC c/o Namdar Realty Group P.O. Box 368 Emerson, NJ 07630** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **3910 Vogel Rd Arnold, MO 63010** | |
|---|---|---|---|
| | State the term remaining | | **USR Desco Richardson CrossUSing LLC 25 North Brentwood Blvd. Saint Louis, MO 63105** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Gateway Wireless LLC**                                          Case number (*if known*)    **18-31491**
_____
First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **1538 S. Glenstone Ave., Springfield, MO 65804** | |
|---|---|---|---|
| | State the term remaining | | **Warren Davis Properties** |
| | List the contract number of any government contract | | **1540 W. Battlefield Springfield, MO 65807** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **11813 E 39th St South, Independence, MO 64057** | |
|---|---|---|---|
| | State the term remaining | | **WBCMT 2007-C33 INDEPENDENCE CENTER,** |
| | List the contract number of any government contract | | **P.O. Box 29256 Network Place Chicago, IL 60673** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **1615 Business Hwy  60 West Suite E Dexter, Mo 63841** | |
|---|---|---|---|
| | State the term remaining | | **Willco Property Management** |
| | List the contract number of any government contract | | **P.O. Box 55 Dexter, MO 63841** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **1412 Missouri Blvd., Jefferson City, MO 65109** | |
|---|---|---|---|
| | State the term remaining | | **Wiss & Kolb LLC** |
| | List the contract number of any government contract | | **c/o Kolb Properties P.O. Box 6850 Jefferson City, MO 65102** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **700 11th St SW  Suite 4 Spencer, IA 51301** | |
|---|---|---|---|
| | State the term remaining | | **WMZ Properties** |
| | List the contract number of any government contract | | **900 S. Grand Ave. Spencer, IA 51301** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **622 E. Markey Parkway, Belton, MO 64012** | **Y Belton, LLC 7387 W. 162nd St.  Suite 200 Stilwell, KS 66085** |
|---|---|---|---|

| Debtor 1 | **Gateway Wireless LLC** | | | Case number (*if known*) | **18-31491** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | _____ | |

---

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **260 Magee Rd., Troy, MO 63379** | |
|---|---|---|---|
| | State the term remaining | | **Zumbehl Corporation** |
| | List the contract number of any government contract | _____ | **7 Country Oak Dr.** **O Fallon, MO 63366** |

---

**Fill in this information to identify the case:**

Debtor name **Gateway Wireless LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) **18-31491**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Hunter Assets LLC** | **412 Willow Creek Drive Farmington, MO 63640** | **Accel Capital LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Hunter Assets LLC** | **412 Willow Creek Drive Farmington, MO 63640** | **Argus Capital Funding, LLC** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Mechelle Mercille** | **412 Willow Creek Drive Farmington, MO 63640** | **Stearns Bank, N.A.** | ■ D __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Mechelle Mercille** | **412 Willow Creek Drive Farmington, MO 63640** | **Stearns Bank, N.A.** | ■ D __2.23__ ☐ E/F ____ ☐ G ____ |
| 2.5 | **Mechelle Mercille** | **412 Willow Creek Drive Farmington, MO 63640** | **Belgrade State Bank** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Belgrade State Bank | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | WG Fund LLC | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Libertas Funding LLC | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Queen Funding LLC | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Accel Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Argus Capital<br>Funding, LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Arcarius LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | GTR Source LLC | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Influx Capital LLC | ■ D  **2.15**<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Credibility Capital | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Credibility Capital | ■ D  **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Funding Circle | ■ D  **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Mechelle Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Fundation | ■ D  **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Michael Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Stearns Bank, N.A. | ■ D  **2.22**<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Michael Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Stearns Bank, N.A. | ■ D  **2.23**<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Michael Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | On Deck Capital, Inc. | ■ D  **2.18**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Michael Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | First State<br>Community Bank | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Michael Mercille | 412 Willow Creek Drive<br>Farmington, MO 63640 | Wells Fargo Bank | ☐ D _____<br>■ E/F ___3.174___<br>☐ G _____ |
| 2.24 | Principle<br>Solutions LLC | 507 Log Cabin Road<br>Farmington, MO 63640 | Argus Capital<br>Funding, LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | RFW<br>Developments,<br>LLC | 507 Log Cabin Road<br>Farmington, MO 63640 | Accel Capital LLC | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | RFW<br>Developments,<br>LLC | 507 Log Cabin Road<br>Farmington, MO 63640 | Argus Capital<br>Funding, LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Stearns Bank, N.A. | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Stearns Bank, N.A. | ■ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Belgrade State Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **Belgrade State Bank** | ■ D  __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.31  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **WG Fund LLC** | ■ D  __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.32  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **Libertas Funding LLC** | ■ D  __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.33  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **Queen Funding LLC** | ■ D  __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.34  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **Accel Capital LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.35  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **Argus Capital<br>Funding, LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.36  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **Arcarius LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.37  **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **GTR Source LLC** | ■ D  __2.14__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|

| 2.38 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Green Capital<br>Funding LLC | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |

| 2.39 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Influx Capital LLC | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |

| 2.40 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Capital Merchant<br>Services LLC | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| 2.41 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Ingram Micro Mobility | ☐ D _____<br>■ E/F __3.111__<br>☐ G _____ |

| 2.42 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Credibility Capital | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

| 2.43 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Credibility Capital | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

| 2.44 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Funding Circle | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |

| 2.45 | Ryan Walker | 507 Log Cabin Road<br>Farmington, MO 63640 | Fundation | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.46 | **Ryan Walker** | 507 Log Cabin Road<br>Farmington, MO 63640 | **Kabbage, Inc.** | ■ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | **S&W Construction Services LLC** | 507 Log Cabin Road<br>Farmington, MO 63640 | **Argus Capital Funding, LLC** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **S&W Construction Services LLC** | 507 Log Cabin Road<br>Farmington, MO 63640 | **Funding Circle** | ■ D   **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | **S&W Construction Services LLC** | 507 Log Cabin Road<br>Farmington, MO 63640 | **Kabbage, Inc.** | ■ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Gateway Wireless LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  **18-31491**

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $24,058,746.00 |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $20,723,206.00 |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $9,840,664.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address<br>***SEE ATTACHED EXHIBIT** | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* **18-31491** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Mechelle Mercille**<br>**412 Willow Creek Drive**<br>**Farmington, MO 63640**<br>**member** | **10/17 - 10/18** | **$60,000.00** | **annual salary** |
| 4.2. **Ryan Walker**<br>**507 Log Cabin Road**<br>**Farmington, MO 63640**<br>**member** | **10/17 - 10/18** | **$60,000.00** | **annual salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Cricket Wireless**<br>**575 Morosgo Drive**<br>**14th Floor**<br>**Atlanta, GA 30324** | **payment remitted to NY Marshall pursuant to garnishment**<br>Last 4 digits of account number: _____ | **10/8/2018** | **$211,271.00** |
| **Cricket Wireless**<br>**575 Morosgo Drive**<br>**14th Floor**<br>**Atlanta, GA 30324** | **Held by Cricket Wireless**<br>Last 4 digits of account number: _____ | **10/15/2018** | **$201,158.00** |
| **Chase Paymentech**<br>**7610 West Washington Street**<br>**Mail Code: IN1-4054**<br>**Indianapolis, IN 46231** | **credit card proceeds held by processor pursuant to garnishments**<br>Last 4 digits of account number: _____ | **9/26/2018** | **$480,842.07** |
| **US Bank**<br>**P.O. Box 6333**<br>**Fargo, ND 58125** | **bank account frozen**<br>Last 4 digits of account number: _____ | **10/8/2018** | **$28,522.00** |
| **Clover Wireless**<br>**2700 W. Higgins Road**<br>**Suite 100**<br>**Hoffman Estates, IL 60169** | **Phone trade in program proceeds held pursuant to garnishment**<br>Last 4 digits of account number: _____ | **10/1/2018** | **$7,566.00** |

Debtor    **Gateway Wireless LLC**                                    Case number *(if known)* **18-31491**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **American Express**<br>PO Box 297879<br>Tampa, FL 33631 | **credit card processing proceeds hled pursuant to garnishment**<br>Last 4 digits of account number: _____ | 10/15/2018 | $4,867.93 |
| **Wells Fargo Bank**<br>420 Montgomery St<br>San Francisco, CA 94163 | **bank account frozen due to garnishment**<br>Last 4 digits of account number: _____ | 10/11/2018 | $736.90 |
| **Chase**<br>P.O. Box 15298<br>Wilmington, DE 19850 | **bank account frozen due to garnishment**<br>Last 4 digits of account number: _____ | 10/4/2018 | $1,753.14 |

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Capital Merchant Services LLC vs. Gateway Wireless**<br>Index No. 120449-2018 | **Judgment by Confession** | **Supreme Court of State of NY  Ontario Co**<br>**20 Ontario Street**<br>**Canandaigua, NY 14424** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **GTR Source LLC v. Gateway Wireless**<br>Index 15243/2018 | **Confession of Judgment** | **Supreme Court of State of NY-Richmond Co** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Prime Business vs. Gateway Wireless**<br>Index # 18-152535 | **Confession of Judgment** | **Supreme Court of State of NY-Richmond Co** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **WG Fund LLC vs. Gateway Wireless** | **Confession of Judgment** | **Supreme Court of State of NY - Erie Co** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Queen Funding LLC vs. Gateway Wireless**<br>Index # 120548-2018 | **Confession of Judgment** | **Supreme Court of State of NY  Ontario Co** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Argus Capital Funding, LLC vs. Gateway Wireless** | **Confession of Judgment** | **Supreme Court of State of NY  Ontario Co** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Arcarius LLC vs. Gateway Wireless**<br>Index # 815351/2018 | **Confession of Judgment** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Libertas Funding LLC vs. Gateway Wireless**<br>Index # 815180-2018 | **Confession of Judgment** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Carmody MacDonald P.C.<br>120 S. Central Ave., Suite 1800<br>Saint Louis, MO 63105** | **Debtor paid $10,000 prior to the filing. $8,442 was paid prior to the filing and $1558 is held in trust** | **10/11/2918** | **$10,000.00** |
| | Email or website address<br>**spd@carmodymacdonald.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |
|---|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

□ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Gateway Wireless LLC**                                     Case number *(if known)*  **18-31491**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank**<br>**2 North Washington**<br>**Farmington, MO 63640** | **XXXX-4656** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9/28/18** | **$0.00** |
| 18.2. | **Belgrade Bank**<br>**306 N. Missouri**<br>**Potosi, MO 63664** | **XXXX-9416** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9/28/18** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* | **18-31491** |

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Crouch, Farley & Heuring, PC**<br>**119 N. Henry Street**<br>**Farmington, MO 63640** | **2016 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
| --- | --- | --- |
| 26c.1. | **Ryan Walker**<br>**507 Log Cabin Road**<br>**Farmington, MO 63640** | |

| Debtor | **Gateway Wireless LLC** | Case number *(if known)* **18-31491** |
| --- | --- | --- |

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.2. | **Mechelle Mercille**<br>**412 Willow Creek Drive**<br>**Farmington, MO 63640** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. | **Accel Capital LLC**<br>**65 West 36th Street**<br>**12th Floor**<br>**New York, NY 10018** |
| 26d.2. | **Arcarius LLC**<br>**2125 Center Ave.**<br>**Fort Lee, NJ 07024** |
| 26d.3. | **Argus Capital Funding, LLC**<br>**104 E. 25th Street**<br>**17th Floor**<br>**New York, NY 10010** |
| 26d.4. | **Belgrade State Bank**<br>**306 N. Missouri Street**<br>**PO Box 190**<br>**Potosi, MO 63664** |
| 26d.5. | **Bluevine Capital, Inc**<br>**401 Warren Street**<br>**Suite 300**<br>**Redwood City, CA 94063** |
| 26d.6. | **Capital Merchant Services LLC**<br>**116 Nassau Street**<br>**8th Floor**<br>**New York, NY 10038** |
| 26d.7. | **Credibility Capital**<br>**625 Broad Street**<br>**Newark, NJ 07102** |
| 26d.8. | **First State Community Bank**<br>**1 Black Knight Drive**<br>**Farmington, MO 63640** |
| 26d.9. | **Fundation**<br>**11501 Sunset Hills Rd**<br>**Suite 100**<br>**Reston, VA 20190** |
| 26d.10. | **Funding Circle**<br>**747 Front Street, 4th Floor**<br>**San Francisco, CA 94111** |
| 26d.11. | **Influx Capital LLC**<br>**32 Court Street**<br>**Suite 205**<br>**Brooklyn, NY 11201** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Gateway Wireless LLC**                                    Case number *(if known)*    **18-31491**

| Name and address |
|---|
| 26d.12.    **Kabbage, Inc.**<br>**925 B. Peachtree Street N.E., Suite**<br>**Atlanta, GA 30309** |
| 26d.13.    **Libertas Funding LLC**<br>**382 Greenwich Ave**<br>**Suite 2 Second Floor**<br>**Greenwich, CT 06830** |
| 26d.14.    **On Deck Capital, Inc.**<br>**1400 Broadway, 25th Floor**<br>**New York, NY 10018** |
| 26d.15.    **Prime Business**<br>**2371 McDonald Ave**<br>**Brooklyn, NY 11223** |
| 26d.16.    **Queen Funding LLC**<br>**2221 NE 164 Street**<br>**Suite 1144**<br>**North Miami Beach, FL 33160** |
| 26d.17.    **Saturn Funding LLC**<br>**333 7th Ave**<br>**New York, NY 10001** |
| 26d.18.    **Stearns Bank, N.A.**<br>**7555 Dr. MLK Jr. Street North**<br>**Saint Petersburg, FL 33702** |
| 26d.19.    **Wells Fargo Bank**<br>**420 Montgomery St**<br>**San Francisco, CA 94163** |
| 26d.20.    **WG Fund LLC**<br>**1980 Swarthmore Ave.**<br>**Lakewood, NJ 08701** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐    No

■    Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Individual store managers** | **10/31/2018** | **$2,104,463.88  -  cost basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **Gateway Wireless** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Walker** | **507 Log Cabin Road**<br>**Farmington, MO 63640** | **member** | **50%** |

| Debtor | **Gateway Wireless LLC** | | Case number *(if known)* | **18-31491** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mechelle Mercille** | **412 Willow Creek Drive Farmington, MO 63640** | **member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 15, 2018**

**/s/ Ryan F Walker**                                    **Ryan F Walker**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Gateway Wireless LLC**                                                                  Case No.   **18-31491**
                                                                    Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **1,558.00** |
    | Prior to the filing of this statement I have received | $ | **1,558.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 15, 2018**
*Date*

/s/ Spencer P. Desai
**Spencer P. Desai 6210319**
*Signature of Attorney*
**Carmody MacDonald P.C.**
**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600  Fax: 314-854-8660**
**spd@carmodymacdonald.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Gateway Wireless LLC**

Debtor(s)

Case No.   **18-31491**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mechelle Ann Mercille** | | **50%** | **Membership Interests** |
| **Ryan Frashier Walker** | | **50%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 15, 2018**

Signature   **/s/ Ryan F Walker**

**Ryan F Walker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.